IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOUGLAS D. SMITH, )<br>)<br>Defendant. ) | No. 18-MJ-1581 |

## REQUEST FOR CONTINUANCE OF GRAND JURY PRESENTMENT

1. I am the defendant in this criminal proceeding.

2. I understand that I have the right to have my case presented to a grand jury within thirty (30) days of my arrest (May 7, 2018) pursuant to 18 U.S.C. § 3161(b).

3. I hereby acknowledge that the government currently has until June 6, 2018 to file an information or indictment in my case. I request that the period be extended for an additional 90 days from June 6, 2018, or until September 4, 2018. By that I mean that there be a 120 day period of excludable time for the purposes of determining compliance with the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that an Order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Continuing the grand jury presentment will allow my attorney to attempt to negotiate a pre-indictment plea agreement with the government, whose terms may be more acceptable to me than those of an agreement offered after indictment.

5.  If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury consistent with this waiver.

_____
DOUGLAS D. SMITH
Defendant

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

_____
THOMAS B. JAMESON
Attorney for Defendant

Date: 5/22/18