## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**United States of America,**
        plaintiff,

vs.                                                                                           18-MJ-1581

**Douglas Smith ,**
        defendant.

### ORDER AMENDING CONDITIONS OF RELEASE

    **THIS MATTER** having come before the Court for a Bail/Bond Review hearing, attorney Novaline Wilson appearing for the government and attorney Aric Elsenheimer appearing for the defendant. The court has reviewed the motion, response and has heard argument and finds that there is good cause to grant the motion.

    **IT IS HEREBY ORDERED** that the previously imposed Conditions of Release are Amended to allow the defendant to return to his residence in Espanola, NM, with the third party custodian of his brother David Smith. Defendant's travel will be restricted to the county of residence with direct travel to court for court appearances and as authorized by Pretrial Services, the defendant is not to discuss his case with any potential witnesses to the alleged crime and shall not have any contact with any member of the victims family, all other previously imposed conditions of release remain in effect.

                                                    _____
                                                       Steven C. Yarbrough
                                                       United States Magistrate Judge