IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.                                                No. CR 18-3495 JH

DOUGLAS D. SMITH,

    Defendant.

## NOTICE

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**
**PLEASE TAKE NOTICE** that this matter will come on for the following

JURY SELECTION/TRIAL
**Monday, December 10, 2018 at 9:00 A.M. (On a Trailing Docket)**
United States District Courthouse
Mimbres Courtroom, Fourth Floor
333 Lomas Boulevard, N.W.
Albuquerque, New Mexico 87102

―――――――――――――

CALL OF CALENDAR
**Thursday, November 29, 2018 at 1:30 P.M. (On a Trailing Docket)**
United States District Courthouse
Mimbres Courtroom, Fourth Floor
333 Lomas Boulevard, N.W.
Albuquerque, New Mexico 87102

COUNSEL ARE DIRECTED TO COMPLY WITH THE TRIAL PREPARATION, JURY INSTRUCTIONS AND PRETRIAL DEADLINES SET FORTH IN THE ATTACHMENTS. These documents are also available on Judge Herrera's web page at www.nmcourt.fed.us.

/s/
MITCHELL R. ELFERS
Clerk of Court (Acting)

For Inquiries regarding this notice please call Irene Duran, Courtroom Deputy to Judge Herrera at 505-348-2398.