IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                              No. 18CR3495 JCH

DOUGLAS D. SMITH,

      Defendant.

## NOTICE OF NON-AVAILABILITY

Aric G. Elsenheimer, counsel for Mr. Smith, hereby notifies the Court and counsel of record that he will be unavailable from Tuesday, June 4, 2019 through Friday, June 21, 2019.

**WHEREFORE** Counsel respectfully requests that any hearings, trial matters, depositions and any other matters not be scheduled during the above time periods as counsel will be out of the office and unavailable.

      Respectfully submitted,

      FEDERAL PUBLIC DEFENDER
      111 Lomas NW, Suite 501
      Albuquerque, NM 87102
      (505) 346-2489
      aric_elsenheimer@fd.org

      */s/ electronically filed on 03/19/2019*
      ARIC G. ELSENHEIMER
      Attorney for Mr. Smith