**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                    No. CR 1:18-03495-001 JCH

DOUGLAS D. SMITH,

          Defendant.


## <u>ENTRY OF APPEARANCE AS CO-COUNSEL</u>

AMANDA R. LAVIN, Assistant Federal Public Defender in the District of New Mexico, hereby enters her appearance as co-counsel of record for Douglas D. Smith, Defendant herein.


Respectfully Submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd NW, Suite 501
Albuquerque, New Mexico 87102
(505) 346-2489
Fax (505) 346-2494
amanda_lavin@fd.org

*<u>filed electronically on April 9, 2019</u>*
AMANDA R. LAVIN
Assistant Federal Public Defender

*Co-counsel for Douglas D. Smith*