IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 18-3495 JCH |
| ) | |
| vs. ) | |
| ) | |
| DOUGLAS SMITH, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America respectfully notifies the Court that Kyle T. Nayback hereby enters his appearance on behalf of the United States as counsel of record.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Kyle T. Nayback.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/Electronically filed Sept. 26, 2019*
KYLE T. NAYBACK
Assistant U.S. Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on Sept. 26, 2019, I filed the foregoing electronically through the CM/ECF system, which caused Defendant's counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/*
KYLE T. NAYBACK
Assistant United States Attorney