Reproduced at the National Archives

Dear Patron:

We regret that the enclosed photocopies are the best we were able to obtain using our normal reproduction process. This is caused primarily by the age and faded conditions of some of the documents from which these copies were made.

BEST AVAILABLE COPY.



DEFENDANT'S EXHIBIT A

1093667

Reproduced at the National Archives

4-235
(April 1930)

UNITED STATES
DEPARTMENT OF THE INTERIOR
GENERAL LAND OFFICE

CAB

Land Office at _____ Santa Fe, New Mexico _____

Non-Indian Claim in
Indian Pueblos.                               Serial No. 073567

C E R T I F I C A T E

MAR 29 1937

IT IS HEREBY CERTIFIED, That in pursuance of the act of June 7, 1924 (43 Stat. 636), entitled "An Act to quiet the title to lands within Pueblo Indian land grants, and for other purposes," ~~notice has been duly published of the exceptions reported by said Pueblo Lands Board which have become final and no contest has been filed within the time allowed against Exception No. _____ in the name of _____~~ in accordance with final decree of the Court in favor of Alfredo Lucero, Antonia F. de Lucero, Pleasant Henry Hill, Jr.,

surveyed as complaint 92, P.C. 180
                              (Description)
containing   34.52     acres within the Pueblo of  Santa Clara,
in Sec.2, T.20N. and Sec. 35,
in Township  21 N. , Range  8 E. , New Mexico Meridian, New Mexico.

NOW, THEREFORE, BE IT KNOWN, That on presentation of this certificate to the Commissioner of the General Land Office, the said _____

Alfredo Lucero, Antonia F. de Lucero, Pleasant Henry Hill, Jr.,
shall be entitled to receive a patent for the land above described, if all then be found regular, which patent shall have the effect only of a relinquishment by the United States and the said Indians.

_____
Register, Land Office.

Posted  5-7-37   in Vol.  42 , P.  262 , by  M.G.D.  Div. "O".

Approved   MAY 15 1937

By  Wilbur E. Miller  Division "K".

PATENTED NOV 11 1937
1093669

073567

Showing as to Christian name with 073557

4—220

# GENERAL LAND OFFICE

**ORDER NO. 849**

~~not applicable~~

PATENT TRANSMITTED
NOV 12 1937
TO LOCAL OFFICE

Send Patent to _____

Appearance by _____

Approved for Patenting  MAY 15 1937 , 19____   W.E.M.
                                              (Initials)

List No. _____

Patent No. _____

Dated _____, 19____

B LIST 9

Santa Fe (Land Office)

Non-Indian claim Santa Clara Pueblo
act 6/7/24 (43 Stat. 636).

Serial No. 073567

PATENT No. 1093669
NOV 11 1937

ACTION TAKEN

| | |
|---|---|
| MAY 15 1937 | To "B" for patenting. W.E.M. Jr. |

6—2533

U. S. GOVERNMENT PRINTING OFFICE

Reproduced at the National Archives

ords Administration

*Form 84 Land Entry Files-Packing Slip*

| DELIVERY FORMAT: Electronic Transfer | NATIONAL ARCHIVES ORDER FOR COPIES OF LAND ENTRY FILES |
|---|---|

**1. FILE TO BE SEARCHED:** General Land Entry File

| 2. NAME OF ENTRYMAN (Last, First, and Middle names): Lucero Alfredo | 3. LAND LOCATED IN STATE OF: New Mexico | 4. APPROXIMATE DATE OF ENTRY: 1908 and After |
|---|---|---|

**5. PRE-1908 GENERAL LAND ENTRY FILES:**

| 5a. SECTION NUMBER: | 5b. TOWNSHIP NUMBER: | 5c. RANGE NUMBER: |
|---|---|---|

**6. TYPE OF GENERAL LAND ENTRY:**

POST-1908 GENERAL LAND ENTRY FILES:

| 7. PATENT FINAL CERTIFICATE OR DOUCMENT NUMBER: | 8. TYPE OF GENERAL LAND ENTRY: | 9. SERIAL PATENT NUMBER: 1093669 | |
|---|---|---|---|
| BOUNTY LAND WARRANT: | 10. YEAR OF AUTHORIZING WARRANT: | 11. WARRANT NUMBER: | 12. NUMBER OF ACRES: |

**Comments:**

Antonia F. de Lucero and Pleasant Henry Hill Junior are also named on the Patent.

| Item# | Item Description | Quantity Ordered | Quantity Balance | Quantity Fulfilled | Total Amount $ |
|---|---|---|---|---|---|
| FORM84 | Land Entry File | 1 | 0 | 1 | $50 |

**This is your packing slip. An invoice requiring payment is included, if applicable.**

For issues or questions regarding your completed order you may contact TrustFundSupport@nara.gov. Please review NARA's return policy available under the FAQ section on https://eservices.archives.gov/orderonline before initiating your request.

| Order Information (NARA use only): | |
|---|---|
| Service Ticket # : | E11-490397879E |
| Customer Name: | Karina Titus |
| Customer Email: | karina_titus@fd.org |
| Order Date: | 04/12/2019 15:59:41 |
| Prepared By: | RDT1F |
| Unit Phone: | |

E11-490397879E   RDT1F
Karina Titus
111 Lomas Blvd. NW Suite 501
Albuquerque , NM 87102
USA

**Mail Immediately**



4/17/2019

Page 1 of 1

