Santa Fe 073567

4—1040–R

# The United States of America.

To all to whom these presents shall come, Greeting:

WHEREAS, There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Santa Fe, New Mexico, whereby it appears that under the provisions of the Act of Congress of June 7, 1924 (43 Stat. 636), Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, are entitled to a patent for Complaint No.92, surveyed as Private Claim No.180, within the Pueblo of Santa Clara in Section two in Township twenty north and in Section thirty-five in Township twenty-one north all in Range eight east of the New Mexico Meridian, New Mexico, containing thirty-four acres and fifty-two hundredths of an acre, according to the approved Plat of Survey of said Land on file in the General Land Office:

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, and in conformity with the provisions of the Act aforesaid, HAS GIVEN AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, and to their heirs, the Land above described; TO HAVE AND TO HOLD the same unto the said Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, and to their heirs and assigns forever; with the proviso in said Act expressed that this patent shall have the effect only of a relinquishment by the United States of America and the Indians of said Pueblo.

IN TESTIMONY WHEREOF, I, Franklin D. Roosevelt, President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the ELEVENTH day of NOVEMBER in the year of our Lord one thousand nine hundred and THIRTY-SEVEN and of the Independence of the United States the one hundred and SIXTY-SECOND.

[SEAL]

By the President: *Franklin D Roosevelt*

By *Jeanne Kavanagh*, Secretary,

*Guthrie S. Adams*

Recorder of the General Land Office.

DEFENDANT'S EXHIBIT A

RECORD OF PATENTS: Patent Number 1093669

6—2152      U. S. GOVERNMENT PRINTING OFFICE: 1936