



# PUEBLO BOUNDARIES within CITY OF ESPAÑOLA

## LEGEND

Street Centerlines

### Boundaries

Ohkay Owingeh Pueblo * (4%)

Santa Clara Pueblo * (14%)

Municipal Boundary

Land Grants

N W E S

0 500 1,000 Feet

1 inch = 1,000 feet

***Pueblo boundaries have yet to be proven as entrusted.**

*DISCLAIMER:*

*This map is a representation of the information currently held by the City of Española. While every effort has been made to ensure its accuracy, the product is dependent upon the data source; therefore, accuracy cannot be guaranteed. The City of Española assumes no responsibility nor liability for the information provided therein, or if information is used for other than its intended purpose.*

*Land Grant Boundaries obtained by the United States Geographical Survey (USGS)*

*Pueblo Boundaries is a result of collective data by Rio Arriba County, Santa Fe County and other resources.*

Revision 20170323