SP - 1 SHORT FORM WARRANTY DEED—Rev. 5-75—New Mexico Statutory Form                                   THE VALLIANT CO. ALBUQUERQUE, N. M.

# WARRANTY DEED

WILLIAM  L.  SMITH and SUSAN D.  SMITH

_____, for consideration paid, grant___

to  DOUGLAS D. SMITH, DAVID L. SMITH, DEREK R. SMITH and
DANIEL D. SMITH, as joint tenants,

whose address is _____

the following described real estate in ____Rio Arriba_____County, New Mexico:

A parcel of land, lying and being situate within Complaint No. 92-
PC 180 in the Santa Clara Pueblo Grant within Section 35 T.21 N.,
R8E, Rio Arriba County, New Mexico, more particularly described as
follows:

Beginning at a U.S.G.L.O. Brass cap, corner M on the Santa Fe, Rio
Arriba County line between Section 35, T.21N, R8E, N.M.P.M. and
Section 2, T20N, R83, N.M.P.M., thence N.63°44'E a distance of
403.4 feet to a point; thence N.1°02'E a distance of 59.7 feet to
the southwest corner of the parcel herein described, the true point
and place of beginning:

Thence N.3°28'W, a distance of 146.2 feet to a point;
thence N.36°07'E, a distance of 119.8 feet to a point;
thence S.86°53'E, a distance of 500.9 feet to the NE corner;
thence S.17°08'E, a distance of 225.0 feet to the SE corner;
thence S.89°50'W, a distance of 628.0 feet to the true point and
 place of beginning.

Containing 3.06 acres, more or less.

As described in that plat of survey made 7 January, 1981 by Jack G.
Horne, PE, L.S. #889

RIO ARRIBA
J. FRED VIGIL, COUNTY CLERK
200801727
Book 531 Page  1727
1 of    2
03/13/2008 01:12:28 PM
BY   BONNIE

with warranty covenants.

WITNESS our hand S and seal S this 26th day of April , 19 83

_W̲i̲l̲l̲i̲a̲m̲ ̲L̲.̲ ̲S̲m̲i̲t̲h̲___ (Seal)   _S̲u̲s̲a̲n̲ ̲D̲.̲ ̲S̲m̲i̲t̲h̲__ (Seal)
WILLIAM L. SMITH                      SUSAN D. SMITH

_____ (Seal)   _____ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA   } ss.
    The foregoing instrument was acknowledged before me this_____day of____April_____, 19 83
by___William L. Smith and Susan D. Smith_____
                    (Name or Names of Person or Persons Acknowledging)
My commission expires: Sept 29 1984              _Jane A. Davis_
(Seal)                                              Notary Public

<table>
<tr><td>FOR RECORDER'S USE ONLY</td></tr>
<tr><td>DEFENDANT'S EXHIBIT D</td></tr>
</table>

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF_____ } ss.
    The foregoing instrument was acknowledged before me this_____
day of_____, 19___,
by_____
                         (Name of Officer)
a_____of_____
(Title of Officer)        (Name of Corporation Acknowledging)
a_____ corporation, on behalf of said corporation.
(State of Incorporation)
    My commission expires:
(Seal)
                                                    Notary Public



- Points found & used
- Points set

NORTE

S. 86°53'E    Basis of Bearings    500.9

W. L. Smith
Western Winds Motel
3.06± Ac.

Fence is not on Property Line

U. S. HIWAY C.H. 84-285

S. 61°57'W.
13.4'
Manhole

628.0'    S. 89°50'4

S. 63°44'W
451.4

SECT. 35 RIO ARRIBA Co.,
SECT. 2 SANTA FE Co.,
T. 21 N., R.8 E.
U. S. G. L. O. Brass Cap
Corner M on Santa Fe
Rio Arriba County Line

19400

FILED IN THE COUNTY
CLERK'S OFFICE
AT 10:37 O'CLOCK    a  M
Book 146    Page 164-165

JUN 6  1983

SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By _____ Deputy

I hereby certify that this survey was made
by me and it is true and correct to the
best of my knowledge and belief.

Jack G. Horne
P. E. & L. S. 2889

RIO ARRIBA
J. FRED VIGIL, COUNTY CLERK
200801727
Book 531  Page    1727
2 OF 2
03/13/2008 01:12:28 PM
BY  BONNIE

| 7 JAN. 1981 | SURVEY FOR W. L. SMITH IN COMPLAINT. 92- RIO ARRIBA Co. |
| SCALE 1"=100' | IN SANTA CLARA PUEBLO GRT. SECT. 35, T. 21 N, R.8 E, RIO ARRIBA Co. N.M. |
| DRAWN -GN | HORNE ENGINEERING CO - 216 CADIZ R.D. SANTA FE, NEW MEX. |

165

CERTIFIED A TRUE AND CORRECT COPY
OF Warranty Deed
RECORDED ON March 13    2008
IN BOOK 531    PAGE 1727 2of2
Linda J Padilla
RIO ARRIBA COUNTY CLERK
BY _____ Deputy





SF - 1 SHORT FORM WARRANTY DEED—Rev. 5-75—New Mexico Statutory Form

THE VALLIANT CO.  ALBUQUERQUE, N. M.

# WARRANTY DEED

__WILLIAM  L. SMITH and SUSAN D. SMITH__

, for consideration paid, grant

to  DOUGLAS D. SMITH, DAVID L. SMITH, DEREK R. SMITH and
DANIEL D. SMITH, as joint tenants,

whose address is

the following described real estate in    Rio Arriba    County, New Mexico:

A parcel of land, lying and being situate within Complaint No. 92-PC 180 in the Santa Clara Pueblo Grant within Section 35 T.21 N., R8E, Rio Arriba County, New Mexico, more particularly described as follows:

Beginning at a U.S.G.L.O. Brass cap, corner M on the Santa Fe, Rio Arriba County line between Section 35, T.21N, R8E, N.M.P.M. and Section 2, T20N, R83, N.M.P.M., thence N.63°44'E a distance of 403.4 feet to a point; thence N.1°02'E a distance of 59.7 feet to the southwest corner of the parcel herein described, the true point and place of beginning:

Thence N.3°28'W, a distance of 146.2 feet to a point;
thence N.36°07'E, a distance of 119.5 feet to a point;
thence S.86°53'E, a distance of 500.9 feet to the NE corner;
thence S.17°08'E, a distance of 225.0 feet to the SE corner;
thence S.89°50'W, a distance of 628.0 feet to the true point and place of beginning.

Containing 3.06 acres, more or less.

As described in that plat of survey made 7 January, 1981 by Jack G. Horne, PE, L.S. #389

with warranty covenants.

WITNESS OUR hand S and seal S this 26th day of April, 19 83.

WILLIAM L. SMITH (Seal)   SUSAN D. SMITH (Seal)

(Seal)   (Seal)

### ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA } ss.

The foregoing instrument was acknowledged before me this    day of    April    , 19 83.
by  William L. Smith and Susan D. Smith
(Name or Names of Person or Persons Acknowledging)

My commission expires:    Notary Public
(Seal)

FOR RECORDER'S USE ONLY

### ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF } ss.

The foregoing instrument was acknowledged before me this
day of    , 19    .
by
(Name of Officer)
(Title of Officer)    of    (Name of Corporation Acknowledging)
a    (State of Incorporation)    corporation, on behalf of said corporation.
My commission expires:
(Seal)
Notary Public

164



• Points Found & used
○ Points set

NORTH

S. 86°53'E
Basis of Bearings
500.9

N. 36°07'E
119.5

Fence is not on property line

W. L. Smith
Western Winds Motel
3.06 ± Ac.

U.S. HWAY C4-04-285

N. 3°28'W.
1146.2

S. 17°08'E

S. 61°57'W.
1.5"

Manhole 3
5.27
S. 17°02'W.

226.0'

628.0'

S 89°50'W

S. 17°08'E 152.0'

S 63°04'W
402.4

SECT. 35    Rio ARRIBA Co.
SECT. 2    SANTA FE CO.
T. 21 N., R 8 E.
U.S. G.L.O. Brass Cap
Corner M. on Santa Fe
Rio Arriba County Line

19400

FILED IN THE COUNTY
CLERK'S OFFICE
AT 10:37 O'CLOCK ᵃ M.
Book 146    Page 164-165

JUN 6 1983

SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By Cecilia R. Gomez
Deputy

I hereby certify that this survey was made by me and it is true and correct to the best of my knowledge and belief.

Jack Horne
Jack G. Horne
P.E. # L.S. # 889

| 7 JAN. 1981 | SURVEY FOR W. L. SMITH IN COMPLAINT 92-PC 180 |
| SCALE 1"=100' | IN SANTA CLARA PUEBLO GNT. SECT. 35, T. 21 N., R 8 E., RIO ARRIBA Co. N.M. |
| DRAWN J. G. H. | HORNE ENGINEERING CO - 216 CADIZ RD., SANTA FE, NEW MEX. |

165

CERTIFIED A TRUE AND CORRECT COPY
OF Warranty Deed
RECORDED ON June 6th 1983
IN BOOK 146    PAGE 164-165
Linda A. Padilla
RIO ARRIBA COUNTY CLERK
BY _____ Deputy





CERTIFIED TRUE AND CORRECT COPY
OF
RECORDED ON
IN BOOK          PAGE

RIO ARRIBA COUNTY CLERK
BY          DEPUTY

146/16

237

SF-1 SHORT FORM WARRANTY DEED—Rev. 11-59—New Mexico Statutory Form

## WARRANTY DEED

328446

HARRY E. STRATMAN and ETHEL M. STRATMAN, his wife

_____ , for consideration paid, grant

to WILLIAM L. SMITH and SUSAN D. SMITH, HIS WIFE

the following described real estate in _____ Rio Arriba _____ County, New Mexico:

A portion of Complaint No. 92, surveyed as Private Claim No. 180
of the Santa Clara Grant within Section 35, Township 21 North,
Range 8 East of the New Mexico Meridian, New Mexico, and more partic-
ularly described as follows:

Beginning at U.S.G.L.O. Meander Corner on line between Section
35, Township 21 North Range 8 East, N.M.P.M., and Section 2 Town-
ship 20 North, Range 8 East, N.M.P.M.; thence, N. 55° 34' E.,
432.8 feet to the point of beginning; thence, N. 03° 29' W., 146.2
feet; thence, N. 36° 07' E., 119.8 feet; thence, N. 86° 53' E.,
501.0 feet; thence, S. 17° 08' E., along the west boundary of
U.S. Highway No. 64, a distance of 225.0 feet; thence, S. 89°
58' W., 628.0 feet to the point and place of beginning and con-
taining 3.10 acres, more or less.

#384 900
STATE OF NEW MEXICO
COUNTY OF SANTA FE } ss
Witness my Hand and Seal of Office
DANNY ORTIZ
County Clerk, Santa Fe County, N.M.

I hereby certify that this instrument
for record on this _____ day of _____
1925 ... # 384446 _____
and was duly recorded in book _____ 324
page _____ of the records of Santa Fe county.

_____ Deputy

with warranty covenants. WITNESS OUR hands and seal s this _____ 22nd _____ day of _____ August 19 64.

_____ (Seal) Harry E. A. Stratman (Seal)

_____ (Seal) Ethel M. Stratman (Seal)

### ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO }
COUNTY OF RIO ARRIBA } ss.

The foregoing instrument was acknowledged before me this _____ 22nd _____ day of _____ August _____ 19 64.

HARRY E. STRATMAN and ETHEL M. STRATMAN, HIS WIFE.
(Here insert Name or Names of Person or Persons Acknowledging)

My commission expires:

March 27, 1965 _____ Notary Public
14129

### ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO }
COUNTY OF _____ } ss.

The foregoing instrument was acknowledged before me this
_____ day of _____ 19 _____
by _____
(Name of Officer)
_____ of _____
(Title of Officer)    (Name of Corporation Acknowledging)
a _____ corporation, on behalf of said corporation.
(State of Incorporation)

My commission expires:
(Seal)

_____ Notary Public

FILED IN THE COUNTY
CLERK'S OFFICE
AT 11:45 O'CLOCK a M
BOOK 144 Page 237
SEP 1 1982
SILVIANO ROMERO
County Clerk Rio Arriba County, N.M.
By _____ Deputy

THE VALLIANT CO. ALBUQUERQUE, N. M.

B: 144 P: 237 Doc Id: 14129 Victoria
09/01/1982 12:00 AM
Receipt Page 1 of 1 Doc Code: WD
Valliano A. Morales Jr. County Clerk & Recorder Rio Arriba, New Mexico

CERTIFIED A TRUE AND CORRECT COPY
OF _____ Warranty Deed _____
RECORDED ON Sep 01 _____ 1982 _____
IN BOOK 144 _____ PAGE 237 _____
RIO ARRIBA COUNTY CLERK
BY _____ Deputy

SEAL

CERTIFIED A TRUE AND CORRECT COPY
OF _____
RECORDED ON _____
IN BOOK _____ PAGE _____

RIO ARRIBA COUNTY CLERK    S 237
BY _____ Deputy

068

• Points Found & used
○ Points set

NORTE

S. 86°53'E
Basis of Bearings                    500.9

N.26°57'E
1195

U.S. HIWAY 64-84-285

S. 17°45'E

Fence is not on
Property line

W. L. Smith
Western Winds Motel
3.06 ± Ac.

N. 3°28'W
1162.

S. 61°57'W
13.0
Manhole

S. 63°04'W
403.4

S. 17°22'E

628.0'

S. 89°50'W

14130

SECT. 35   RIO ARRIBA Co,
SECT. 2   SANTA FE CO.
T. 21 N., R 8 E,
U.S. G.L.O. Brass Cap
Corner M on Santa Fe
Rio Arriba County Line

FILED IN THE COUNTY
CLERK'S OFFICE
AT 11:50 O'CLOCK __ M
Book 141-A Page 068

SEP 1 1982

SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By _____ Deputy

I hereby certify that this survey was made
by me and it is true and correct to the
best of my knowledge and belief
Jack G. Horne
P.E. & L.S. # 989

| 7 Jan. 1981 | SURVEY FOR W. L. SMITH IN COMPLAINT 92- PG 180 |
| Scale 1"=100' | IN SANTA CLARA PUEBLO GHT SECT 35, T. 21 N., R 8 E, RIO ARRIBA CO., N.M. |
| DRAWN G.N | HORNE ENGINEERING CO - 216 CADIZ RD., SANTA FE, NEW MEX. |

CERTIFIED A TRUE AND CORRECT COPY
OF _Survey_
RECORDED ON _Sep 1_ _1982_
IN BOOK 141-A   PAGE 068
Linda Padilla
RIO ARRIBA COUNTY CLERK
BY _____ Deputy



CERTIFIED A TRUE AND CORRECT COPY
_____ OF
RECORDED ON _____
IN BOOK _____ PAGE _____

RIO ARRIBA COUNTY CLERK
BY _____ Deputy



