

# Property Record Card

Rio Arriba Assessor

**SMITH, DOUGLAS D. ETAL**

PO BOX 711
ESPANOLA, NM 87532

**Account: R021645**

Tax Area: 55_IN_NR_U_RGWS - 55_IN_NR_U_RGWS

Acres: 3.060

**Parcel: 1-047-121-252-040**

Situs Address:

## Value Summary

| Value By: | Market | Override |
|---|---|---|
| Land (1) | $125,235 | N/A |
| Commercial (1) | $31,148 | N/A |
| Land (2) | $206,080 | $106,080 |
| Commercial (2) | $18,098 | N/A |
| Extra Feature (1) | $10,260 | N/A |
| **Total** | **$390,821** | **$290,821** |

## Legal Description

S: 35 T: 21N R: 08E 3.06 AC.
FAIRVIEW W1/2
BK/PG 141-A/618,144/237,146/164-165,531/1727,
WESTERN WINDS MOTEL
VETERAN NO. 11070375

## Public Remarks

| Entry Date | Model | Remark |
|---|---|---|
| 03/10/2016 | | THE UPPER RIO GRANDE WATERSHED DISTRICT (URGWSD) WAS FIRST CREATED BY REFERENDUM OF MEMBER LANDOWNERS IN 1962. A MILL LEVY HAS BEEN IMPLEMENTED FOR THESE LANDS THAT FALL WITHIN THE URGWS DISTRICT, PER NEW MEXICO STATUTES ANNOTATED (NMSA): 73-20. |

## Land Occurrence 1

| Property Code | 1205 - COMMERCIAL LAND | Land Code | ESPANOLA COMMERCIAL LOW - ESPANOLA COMMERCIAL LOW |
|---|---|---|---|

## Land Occurrence 2

| Property Code | 1201 - NON RESIDENTIAL LAND | Land Code | 100 - ESPAÑOLA (3-20-08E) MISCELLANEOUS |
|---|---|---|---|

618

● Points found & used
○ Points set

NORTH

S. 86°53'E Basis of Bearings 520.9

N.36°07'E 119.9

Fence is not on property line

W. L. Smith
Western Winds Motel
3.06± Ac.

N.3°28'W. 146.2

S.17°46'E 225.0'

U.S. HWAY C4-64-285

S.61°57'W. 13.4'
Manhole

628.0'

S 89°50'W

S.17°08'E 152.0'

S1°02'W 59.7

S 63°04'W 203.4

SECT. 35 RIO ARRIBA Co,
SECT. 2 SANTA FE CO.
T. 21 N., R. 8 E,
U.S. G.L.O. Brass Cap
Corner M on Santa Fe - Rio Arriba County Line

14130
FILED IN THE COUNTY CLERK'S OFFICE
AT 11:50 O'CLOCK A M
Book 141-A Page 618

SEP 1 1982

SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By [signature] Deputy

I hereby certify that this survey was made by me and it is true and correct to the best of my knowledge and belief

[signature]
Jack G. Horne
P.E. & L.S. #859

| 7 JAN. 1981 | SURVEY FOR W. L. SMITH IN COMPLAINT 32 - PC 180 |
|---|---|
| SCALE 1"=100' | IN SANTA CLARA PUEBLO GRT. SECT. 35. T. 21 N., R. 8 E., RIO ARRIBA Co., N.M. |
| DRAWN JGH | HORNE ENGINEERING CO - 216 CADIZ RD., SANTA FE, NEW MEX. |

Santa Fe 073567

4—1040-R

# The United States of America,

To all to whom these presents shall come, Greeting:

WHEREAS, There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Santa Fe, New Mexico, whereby it appears that under the provisions of the Act of Congress of June 7, 1924 (43 Stat. 636), Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, are entitled to a patent for Complaint No.92, surveyed as Private Claim No.180, within the Pueblo of Santa Clara in Section two in Township twenty north and in Section thirty-five in Township twenty-one north all in Range eight east of the New Mexico Meridian, New Mexico, containing thirty-four acres and fifty-two hundredths of an acre, according to the approved Plat of Survey of said Land on file in the General Land Office:

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, and in conformity with the provisions of the Act aforesaid, HAS GIVEN AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, and to their heirs, the Land above described; TO HAVE AND TO HOLD the same unto the said Alfredo Lucero, Antonia F. de Lucero, and Pleasant Henry Hill, Junior, and to their heirs and assigns forever; with the proviso in said Act expressed that this patent shall have the effect only of a relinquishment by the United States of America and the Indians of said Pueblo.

IN TESTIMONY WHEREOF, I, Franklin D. Roosevelt, President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the ELEVENTH day of NOVEMBER in the year of our Lord one thousand nine hundred and THIRTY-SEVEN and of the Independence of the United States the one hundred and SIXTY-SECOND.

[SEAL]

6/28

By the President: Franklin D Roosevelt

By Jeanne Kavanagh, Secretary,

Guilford S. Adams

Recorder of the General Land Office.

RECORD OF PATENTS: Patent Number 1093669

6—2152

U. S. GOVERNMENT PRINTING OFFICE: 1934



# Property Record Card

Rio Arriba Assessor

## Commercial Occurrence 1

Property Code 2202 - NON RESIDENTIAL COMMERCIAL BUILDING

## Commercial Occurrence 2

Property Code 2202 - NON RESIDENTIAL COMMERCIAL BUILDING

## Extra Feature Occurrence 1

Property Code 2201 - NON RESIDENTIAL IMPROVEMENT XFOB Code 38 - LOW COST COMMERCIAL ASPHALT

## Abstract Summary

| Code | Classification | Actual Value Value | Taxable Value | Actual Value Override | Taxable Override |
|---|---|---|---|---|---|
| 1201 | NON RESIDENTIAL LAND | $206,080 | $68,693 | $106,080 | $35,360 |
| 1205 | COMMERCIAL LAND | $125,235 | $41,745 | NA | NA |
| 2201 | NON RESIDENTIAL IMPROVEMENT | $10,260 | $3,420 | NA | NA |
| 2202 | NON RESIDENTIAL COMMERCIAL BUILDING | $49,246 | $16,415 | NA | NA |
| **Total** | | **$390,821** | **$130,273** | **$290,821** | **$96,940** |

3-13-86

# NEW MEXICO UNIFORM PROPERTY RECORD CARD

RESIDENTIAL

(3R) 23790 ~~019544~~

Property Address: Fairview
County: Rio Arriba
Code No.: 1-~~048~~ 047-121-252-040
School Dist.: 45-In
Card No. of

| Owner | Address | Legal Description |
|---|---|---|
| Smith, William L. & Susan D.<br>P.O. Box 711<br>Espanola, N.M. 87532 | | SW ¼<br>3.06 Ac. |

Fairview Hwy # 880

Sec. 35-T21N-R08E

| | New Owner | Date | Bk. | Pg. | Consideration |
|---|---|---|---|---|---|
| Name | Smith, Douglas D. Etal | 3-13-08 | 531 | 1727 | WD |
| Address | PO Box 711 | | | | |
| Name | Espanola NM 87532 | | | | |
| Address | | | | | |
| Name | | | | | |
| Address | | | | | |

## PROPERTY INFORMATION

| TOPO | | STREET | | NOTES |
|---|---|---|---|---|
| Level | | Asphalt | | Improvements Commercial |
| High | | Concrete | | WESTERN WINDS MOTEL |
| Low | | Semi Impro. | | |
| Rolling | | Dirt | H/S | Vet's Exemption # 52321 |
| ZONING | | Curb | H/S | Vet's Exemption # 52322 |
| Res. | | Sidewalk | | |
| Apart. | | IMPRO. | | Re-check Imps |
| Comm. | | Gas | | |
| Light Inds. | | Water | | No change for 92 J.R. |
| | | Sewer | | |
| | | Elect. | | * Adjusted values per David/Nick 9-1-95 |

## LAND VALUE COMPUTATIONS AND SUMMARY

| Classified | Frontage (Acres) | Depth | Unit Val. | Coef. | Tri % | | Amount |
|---|---|---|---|---|---|---|---|
| Bus. | ~~120FF~~ 133,293 SF | | ~~150FF~~ 3.00 p/SF | | | | ~~18000~~ 399,880 |
| Homesite | | | | | | | |
| Tillable Land | | | | | | | |
| Tillable Land | | | | | | | |
| Pasture | | | | | | | |
| Woodland | | | | | | | |
| Waste Land | | | | | | | |

## APARTMENT RENT CAPITALIZATION

Flat Expense Items

| | | |
|---|---|---|
| Land | Gross Annual Income | |
| Vacancy | Less Oper. Exp. | NO CHANGE FOR 1999 D. BACA |
| Utilities | Net Income | |
| Janitor | Cap. Rate | |
| Management | Cap. Val. | |
| Total Oper. Exp. | | |

## RESIDENTIAL GROSS RENT MULTIPLIER

Sales Price ÷ Rent = GRM.

Use GRM For Area Only

Rent ______ Sales Price ______

Rent ______

x GRM ______

Value ______

Value = House / Land ______ = Ratio ______

## ASSESSMENT SUMMARY

| | 00 | 84 | 86 | 87 | 88-89 | 89-91 | 92 | 95 | 95 | 97 | 99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Land Value | 399,880 | 18000 | 18000 | 18000 | 18000 | 18000 | 18,000 | 399,880 | 50,000 | 50,000 | 50000 |
| Improvements | 25,880 | 82177 | 82523 | 82523 | 112136 | 101,766 | 101,766 | 122,256 | 25,880 | 25,880 | 25,880 |
| Total | | | | | | | | | | | |

OWNER

## BUILDING INFORMATION

Story Hgt. Yr. Built Remodeled

| Total Rooms | | | | | Bed Rooms | | | | | Bath Rooms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 2 | 3 | 4 | B | 1 | 2 | 3 | 4 | B | 1 | 2 | 3 | 4 |
| | | | | | | | | | | | | | | |

**TYPE AND USE**

1 Family Dwelling
2 Family Dwelling
Multi-Family Apts.
Other

**1. FOUNDATION: GRADE**

Concrete Blk. Conc.
Conc. Slab Piers
Stone Brick Wall

**2. EXT. WALLS GRADE**

Frame With:
Siding on Sheathing
Shingle, wood, comp.
Single siding
Stucco on frame
Conc. block: Stuccoed
Not Stuccoed
Brick: Solid Veneer
Face Common
Adobe: Stuccoed
Not stuccoed
On edge
Stone: Solid
Veneer
Other:

**3. ROOF: GRADE**

Type: Flat Gable
Hip Gambrel Mansard
Roofing: Prepared Roll
Built-up Asphalt or T&G
Wood or Comp. Shingle
Metal Slate or Tile
Insulation

**4. FLOORS: GRADE**

| Stories | 1 | 2 | 3 |
|---|---|---|---|
| Softwood | | | |
| Hardwood | | | |
| Concrete | | | |
| Comp. Tile | | | |

Carpeted
Cer. Tile Baths Kitch.

**5. INT. FINISH: GRADE**

Wallboard Plaster
Sheetrock Paneling
Unfin. Other

**6. BUILT-INS: GRADE**

Dishwasher Disposal Oven
Range Dryer Bookshelves
Cupboard Space:
Adequate Inadequate
Closets: Adequate Inadequate

**7. HEATING: GRADE**

No heat or stove heat
Hot air; pipeless
Piped heat (Gravity)
Forced Circulation
Steam or Hot Water
Radiant, Concealed
Electric, all types
Central Air Conditioned

**8. PLUMBING: GRADE**

None Water Only
No. Baths, (3 Fixture)
No. Toilet Rms., 2 Fix.
No. Single Fixtures
Septic Tank
City Water and Sewer

**9. ELECTRICITY: GRADE**

Electricity: Yes No.
Adequate Outlets
Inadequate Outlets

**10. DESIGN: GRADE**

Utility Speculative
Custom Blt.
Architectural Design

| Fixtures | Utility | Av. | Exc. Qual. |
|---|---|---|---|
| Elect. | | | |
| Plumbing | | | |

**TOTAL GRADES**

**TOTAL ÷ 10 = Av. Grade**

BASEMENT: None Full
1/4 1/2 Finished Rec.
Fireplace:
Single Flue Stories
Double Flue Stories

GROUND PLAN SKETCH 1 SQUARE = FEET

FRONT

NOTES N/C for 2012 1/17/12 MG TM

**Observed Physical Condition, Effecti**

Good Normal Fair Poor
Age Year

**BUILDING COMPUTATIONS GROUND AREA — SQUARE FE**

| WIDTH | LENGTH | AR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL GROUND AREA**

| Year | 19 | 19 |
|---|---|---|
| Grade | | |
| Base | | |
| Grade Diff. | | |
| Story Diff. | | |
| Porches | | |
| Fireplace | | |
| Plumbing | | |
| Heating | | |
| | | |
| Garage | | |
| Total | | |

**C D U**

| % | | |
|---|---|---|
| Eco. | | |
| Total | | |

**SUMMARY OF APPRAISED VA**

| | | |
|---|---|---|
| Principal Bldg. Appraisal | $ | |
| Other Principal Bldg. Appraisal | $ | |
| Accessory Bldgs Appraisal | $ | |
| Total Bldg. Appraisal | $ | |
| Total Land Appraisal | $ | |
| TOTAL APPR. VALUE | $ | |

**DESCRIPTION, REPLACEMENT COST AND APPRAISAL OF FARM BARNS AND ACCESSORY BUILDINGS**

| Bldg. Ident. | Class No. | DIMENSIONS Width | Depth | Height | Foun-dation | Floor | Roof | Walls | Missing Wall | Heat | Light | Plbg. | Age | Area | Unit Cost | Adds and Deducts | Net Cond. % | Net Appraisal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

Date Classified by Date Extended by Checked by Date Final Review Date

# NEW MEXICO UNIFORM PROPERTY RECORD CARD

## RESIDENTIAL

Property Address | County | Code No. | School Dist. | Card No. | of

| Owner | Address | Legal Description |
|---|---|---|
| Smith, William L & Susan | | |

| New Owner | Date | Bk. | Pg. | Consideration |
|---|---|---|---|---|
| Name | | | | |
| Address | | | | |
| Name | | | | |
| Address | | | | |
| Name | | | | |
| Address | | | | |

## PROPERTY INFORMATION

| TOPO | | STREET | |
|---|---|---|---|
| Level | | Asphalt | |
| High | | Concrete | |
| Low | | Semi Impro. | |
| Rolling | | Dirt | |
| ZONING | | Curb | |
| Res. | | Sidewalk | |
| Apart. | | IMPRO. | |
| Comm. | | Gas | |
| Light Inds. | | Water | |
| | | Sewer | |
| | | Elect. | |

## NOTES

## LAND VALUE COMPUTATIONS AND SUMMARY

| Classified | FRONTAGE (ACRES) | DEPTH | UNIT VAL | COEF | TRI % | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Homesite | | | | | | | |
| Tillable Land | | | | | | | |
| Tillable Land | | | | | | | |
| Pasture | | | | | | | |
| Woodland | | | | | | | |
| Waste Land | | | | | | | |

## APARTMENT RENT CAPITALIZATION

| Flat Expense Items | |
|---|---|
| Land | Gross Annual Income |
| Vacancy | Less Oper. Exp. |
| Utilities | Net Income |
| Janitor | Cap. Rate |
| Management | Cap. Val. |
| Total Oper. Exp. | |

## RESIDENTIAL GROSS RENT MULTIPLIER

Sales Price ÷ Rent = GRM.

Use GRM For Area Only

Rent ______ Sales Price ______

Rent ______

x GRM ______

Value ______

Value = House ______ / Land ______ = Ratio ______

## ASSESSMENT SUMMARY

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Value | | | | | | | | | | |
| Improvements | | | | | | | | | | |
| Total | | | | | | | | | | |

OWNER

## BUILDING INFORMATION

Story Hgt. Yr. Built Remodeled

| Total Rooms | | | | | Bed Rooms | | | | | Bath Rooms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 2 | 3 | 4 | B | 1 | 2 | 3 | 4 | B | 1 | 2 | 3 | 4 |

**TYPE AND USE**
1 Family Dwelling ✓
2 Family Dwelling
Multi-Family Apts.
Other

**FOUNDATION: GRADE** 2
Concrete Blk. Conc. ✓
Conc. Slab Piers
Stone Brick Wall

**EXT. WALLS GRADE** 2
Frame With:
Siding on Sheathing
Shingle, wood, comp.
Single siding
Stucco on frame
Conc. block: Stuccoed ✓
Not Stuccoed
Brick: Solid Veneer
Face Common
Adobe: Stuccoed
Not stuccoed
On edge
Stone: Solid
Veneer
Other:

**ROOF: GRADE** 2
Type: Flat Gable
Hip Gambrel Mansard
Roofing: Prepared Roll
Built-up Asphalt or T&G
Wood or Comp. Shingle
Metal Slate or Tile ✓
Insulation

**FLOORS: GRADE** 2

| Stories | 1 | 2 | 3 |
|---|---|---|---|
| Softwood | | | |
| Hardwood | | | |
| Concrete | ✓ | | |
| Comp. Tile | ✓ | | |
| Carpeted | | | |

Cer. Tile Baths Kitch.

**INT. FINISH: GRADE** 2
Wallboard Plaster
Sheetrock ✓ Paneling
Unfin. Other

**6. BUILT-INS: GRADE** 2
Dishwasher Disposal Oven
Range Dryer Bookshelves
Cupboard Space:
Adequate ✓ Inadequate
Closets: Adequate ✓ Inadequate

**7. HEATING: GRADE** 2
No heat or stove heat
Hot air; pipeless
Piped heat (Gravity)
Forced Circulation Gas
Steam or Hot Water
Radiant, Concealed
Electric, all types
Central Air Conditioned

**8. PLUMBING: GRADE** 2
None Water Only
No. Baths, (3 Fixture) 1 ✓
No. Toilet Rms., 2 Fix.
No. Single Fixtures
Septic Tank
City Water and Sewer

**9. ELECTRICITY: GRADE** 2
Electricity: Yes ✓ No.
Adequate Outlets ✓
Inadequate Outlets

**10. DESIGN: GRADE** 2
Utility ✓ Speculative
Custom Blt.
Architectural Design

| Fixtures | Utility | Av. | Exc. Qual. |
|---|---|---|---|
| Elect. | ✓ | | |
| Plumbing | ✓ | | |

**TOTAL GRADES** 20
**TOTAL ÷ 10 = Av. Grade** 2.0

BASEMENT: None ✓ Full
1/4 1/2 Finished Rec.
Fireplace:
Single Flue Stories
Double Flue Stories

GROUND PLAN SKETCH 1 SQUARE = FEET

340 sq ft Below; 12; 8; 5 bldg; 8; A=(1); 24; 12; 50% Below; 20

FRONT

NOTES

Storage 4-19-91 ac jk
20(24) = 480# 4.90 = $2352 (cdu 65) = $1529
Ø Change Bm/Jm 10-02-07

Observed Physical Condition, Effective Age
Good Normal Fair Poor
Age Year

**BUILDING COMPUTATIONS**
**GROUND AREA — SQUARE FEET**

| WIDTH | LENGTH | AREA |
|---|---|---|
| A = 20 | 49 | 980 |

**TOTAL GROUND AREA** 980

| Year | 19 | 1986 | 1988 |
|---|---|---|---|
| Grade | 2.0 | 2.0 | 2.0 |
| Base 1.95 | 10862 | 15750 | 25926 |
| Grade Diff. | — | — | — |
| Story Diff. | — | — | — |
| Porches | — | — | — |
| Fireplace | — | — | — |
| Plumbing | — | — | — |
| Heating | — | — | — |
| | | — | — |
| Garage | — | — | — |
| Total | 10862 | 15750 | 25926 |

**C D U**

| | | | |
|---|---|---|---|
| % | 65 | 65 | 65 |
| Eco. | -10 | -25 | -25 |
| Total | 55 | 40 | 40 |

**SUMMARY OF APPRAISED VALUES**

| | | | |
|---|---|---|---|
| Principal Bldg. Appraisal | $ 5974 | 6300 | 10370 |
| Other Principal Bldg. Appraisal | $ | | |
| Accessory Bldgs Appraisal | $ 2022 | 2022 | 2022 |
| Total Bldg. Appraisal | $ 7996 | 8322 | 12392 |
| Total Land Appraisal | $ | | |
| TOTAL APPR. VALUE | $ | | |

**DESCRIPTION, REPLACEMENT COST AND APPRAISAL OF FARM BARNS AND ACCESSORY BUILDINGS**

| Bldg. Ident. | Class No. | Width | Depth | Height | Foundation | Floor | Roof | Walls | Missing Wall | Heat | Light | Plbg. | Age | Area | Unit Cost | Adds and Deducts | Net Cond. % | Net Appraisal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Storage | | 8 | 12 | | wood | wood | slat | wood | | | | | | | 4.90 | | .65 | 306 |
| Storage | | 20 | 24 | | conc | conc | | block | 0 | | ✓ | | | | 5.50 | | .65 | 1716 |
| | | | | | | | | | | | | | | | | | | |

Measured by____ Date____ Classified by____ Date____ Extended by____ Checked by____ Date____ Final Review____ Date____

# FIELD SHEET

PARCEL NUMBER - - - - - - -    CARD ...... OF ......

LOT    BLOCK    OLD CODE NO. 1-048-121-252-090

DEVELOPMENT    SECTION MAP NO. ......

| PROPERTY INFORMATION | | OWNER | R.S. | DATE | BOOK | PAGE |
|---|---|---|---|---|---|---|
| LAND COST | DATE | Western Winds Motel | | | | |
| BLDG. COST | DATE | P.O. Box 711 | | | | |
| SALE PRICE | DATE | Espanola, N.M. 87532 | | | | |
| RENT | DATE | | | | | |
| EXPENSE | | | | | | |
| NET RENT | | | | | | |
| LAND | % = | | | | | |
| BLDG. | % = | | | | | |
| | TOTAL | | | | | |

| PROPERTY INFORMATION | | | | NOTES |
|---|---|---|---|---|
| TOPOGRAPHY | | STREET | | |
| LEVEL | | ASPHALT | ✓ | |
| HIGH | | CONCRETE | | |
| LOW | ✓ | SEMI IMPROV. | | |
| ROLLING | | DIRT | | |
| ZONING | | CURB | | |
| RES. | | SIDEWALK | | |
| APART. | | | | |
| COMM. | | IMPROVEMENTS | | |
| LIGHT INDUS. | | WATER | ✓ | |
| | | SEWER | ✓ | |
| | | GAS | ✓ | |
| | | ELECTRICITY | ✓ | |

LAND VALUE COMPUTATIONS AND SUMMARY

| FRONTAGE (ACRES) | DEPTH | UNIT VAL | COEF | TRI % | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

VALUATION SUMMARY

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LAND VALUE | | | | | | | | | | |
| COMMERCIAL | | | | | | | | | | |
| TOTAL | | | | | | | | | | |

BUILDING DESCRIPTION AND VALUE CALCULATION

COMMERCIAL AND INDUSTRIAL PROPERTY RECORD CARD

## PRINCIPAL BUILDING DESCRIPTION

BUILDING CLASS 1548 | OBSERVED PHYSICAL CONDITION Good___ Normal___ Fair✓ Poor___ | EFFECTIVE AGE Date 85 Years 35

**TYPE AND USE**
Combination Stores and Apt.___ Offices___ Loft___ Hotel___ Store___ Office___ Bank___ Theatre___ Garage___ Gas Sta.___ Indust.___ Warehouse___ Greenhouse___ Hospital___ Other___

**STRUCTURAL FRAME**

| | Wood | Steel | Conc |
|---|---|---|---|
| Columns | | | |
| Main Beams | ✓ | | |
| Joists | ✓ | | |
| Trusses | ✓ | | |
| Girder | ✓ | | |

Height in Stories___

**1) FOUNDATION**
Masonry___ Wood or Block Piers___

**2) EXT. WALL CONSTR.**

| | Frt. | Side | Rear |
|---|---|---|---|
| Wood: Lined | | | |
| Unlined | | | |
| Brick | | | |
| Concrete Block | | | |
| Stone | ✓ | ✓ | ✓ |
| Concrete | | | |
| Corr. Iron | | | |
| Other | | | |

Store Fronts: (Lin. feet) Wood or Low Cost metal set___ Ave. grade metal set___ Good grade metal set___

**3) ROOF**
Roof Construction: Wood___ Steel Deck___ Reinforced Concrete___
Roofing: Prepared Roll___ Shingle✓ Built-up___ Corr. Metal___ Other___

**4) FLOORS**
Floor Construction: Wood___ Concrete on Grade___ Reinforced Concrete___ | Floors
Finish Flooring | 1st | 2nd | Above
Wood or Equiv. Other

**5) INTERIOR FINISH**
Developed Area: (sq. ft.) Apt. Area___ No. Units 12 No. Rms.___ Office Area___ Type___ Other Area___
Partitions: | Lin. ft. | Hgt.
Wood stud___ Plas.___ side___ Masonry___ Plas.___ side___ Firewalls: Lin. ft.___ Hgt.___

**6) PLUMBING**
Utility Connections: Sewer___ Water___ Fixtures, Single___ 2 Fix't___ 3 Fix't 12

**7) ELECTRIC WIRING**
Conduit✓ Power Wiring___

**8) HEATING**
None___ Stove___ Hot Air: Pipeless___ Grav.___ Forced✓ Fan Units___ Steam or Hot Water___ Stoker___ No Boiler___

**9) BASEMENT**
None___ Full___ Height___ Partial___ Sq. Ft. Finished___ Sq. Ft. Floor: Dirt___ Wd.___ Conc.___

**10) AIR CONDITIONING**
Washed___ Refrigerated___ 12 Full floor area___ No. of floors___ Partial: Floor area___

**11) FIRE PROTECTION**
Sprinkler (Flr. area)___ Fire Hose Stat'n No___ Size___ Fire Pumps___

**12) BUILDING ELEVATORS**

| Type | Number | Cap | Floors |
|---|---|---|---|
| Passenger | | | |
| Freight | | | |

## GROUND PLAN SKETCH 1 SQUARE = FEET

NOT TO SCALE

14 ... 80 ... 130 ... 20 ... 3 ... 17 ... 7 ... 20 ... CARPORT ... 110 ... 17 ... FRONT

## BUILDING VALUE CALCULATION

| ITEM NO. | AREA OR QUAN. | UNIT COST | TOTAL | TOTAL | TOTAL |
|---|---|---|---|---|---|
| Base | 4031 | 1935 | 78000 | | |
| | 4031 | 2680 | 108,031 | | |

ADDITIONS AND DEDUCTIONS

| | | | | | |
|---|---|---|---|---|---|
| | 6 | | 9000 | | |
| | 4031 | | | | |
| | 318 | 40 | 3287 | | |
| | 20 | 750 | 15000 | | |
| 6 | 6 | 1990 | +11940 | | |
| | 4031 | 2.75 | +11085 | | |
| | 9218 | .90 | +7396 | | |
| | 20 | 750 | +15000 | | |
| TOTAL REPLACEMENT COST | | | $ | $153452 | $ |
| Cost Conversion Factor | | | X 1.03 | X 1.19 | |
| Replacement Cost | | | | 181046 | |

WALL RATIO CALCULATION

Ground Area | Perimeter | Wall Ratio

## DEPRECIATION AND OBSOLESCENCE

**DEPRECIATION**

| | | | |
|---|---|---|---|
| a. Effective Age Depreciation ___% | | % | 20 % |
| b. Observed Physical Condition ___% | | 15 % | 15 % |
| c. Total Depreciation (a+b) ___% | | % | 45 % |
| d. Net Condition (100 - c) ___% | | % | % |

**OBSOLESCENCE**

| | | | |
|---|---|---|---|
| e. Overimprovement ___% | | % | % |
| f. Underimprovement ___% | | % | % |
| g. Other ___% | | % | % |
| h. Net Condition (100-e+f+g) ___% | | % | % |
| i. FINAL NET CONDITION (dxh) ___% | | % | 65 % |

**SUMMARY OF APPRAISED VALUE**

| | | |
|---|---|---|
| Principal Building Appraisal | 74701 | 99745 |
| Other Principal Buildings Appraisal | | |
| Accessory Buildings Appraisal | | 122266 |
| Total Building Appraisal | | 99745 |
| Total Land Appraisal | | |
| TOTAL APPRAISED VALUE | $ | |

OTHER ITEMS AND NOTES:

12 units
+2 ... 
1 ... 31 x 48 ...
... 40.6 ...
ADD Multiplier for 95 ... JR WM 1/28/95
23(12) NO Chg. ... 97 ... 26.97
@ Change ...

## BUILDING AREA AND CUBE CALCULATIONS

GROUND AREA — SQUARE FEET

| Floor or Part | Width | Length | Area | Height | Cubic Feet |
|---|---|---|---|---|---|
| | 18 | 80 | 1440 | | |
| | | | 2591 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Add 3 m/h Hookups | | | | | |
| | | Total Area | | Total Cube | |

## DESCRIPTIONS, REPLACEMENT COST AND APPRAISAL OF ACCESSORY BUILDINGS

| Bldg. Ident. | Class No. | Width | Depth | Height | Foundation | Floor | Roof | Walls | Missing Wall | Heat | Light | Plbg. | Age | Area | Unit Cost | Adds and Deducts | Replacement Cost | Net Cond. % | Net Appraisal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 516 | | 12 | 23 | 10 | | | | | | | | | | 276 | | | 1352 | | |
| | | | | | | | | | | | | | | | | | | | |

Measured by___ Date___ Classified by___ Date___ Extended by___ Date___ Checked by___ Date___

SF-1 SHORT FORM WARRANTY DEED—Rev. 11-59—New Mexico Statutory Form

# WARRANTY DEED

328446

HARRY E. STRATMAN and ETHEL M. STRATMAN, his wife

, for consideration paid, grant

to WILLIAM L. SMITH and SUSAN D. SMITH, HIS WIFE

the following described real estate in Rio Arriba County, New Mexico:

A portion of Complaint No. 92, surveyed as Private Claim No. 100 of the Santa Clara Grant within Section 35, Township 21 North, Range 8 East of the New Mexico Meridian, New Mexico, and more particularly described as follows:

Beginning at U.S.G.L.O. Meander Corner on line between Section 35, Township 21 North Range 8 East, N.M.P.M., and Section 2 Township 20 North, Range 8 East, N.M.P.M.: thence, N. 55° 34' E., 432.8 feet to the point of beginning: thence, N. 03° 28' W., 146.2 feet: thence, N. 36° 07' E., 119.8 feet; thence, N. 86° 53' E., 501.0 feet; thence, S. 17° 08' E., along the west boundary of U.S. Highway No. 64, a distance of 225.0 feet; thence, S. 89° 58' W., 628.0 feet to the point and place of beginning and containing 3.10 acres, more or less.

STATE OF NEW MEXICO )
COUNTY OF SANTA FE ) SS
Witness my Hand and Seal of Office
DANNY ORTIZ
County Clerk, Santa Fe County, N.M.

I hereby certify ... 1964 ... 32V ... 446 page ... of the records of Santa Fe county.
DEPUTY

with warranty covenants.

WITNESS our hands and seals this 22nd day of August, 19 64.

(Seal) Harry E. Stratman (Seal)

(Seal) Ethel M. Stratman (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA } ss.

The foregoing instrument was acknowledged before me this 22nd day of August, 19 64, by HARRY E. STRATMAN and ETHEL M. STRATMAN, HIS WIFE.
(Name or Names of Person or Persons Acknowledging)

My commission expires:
March 12, 1965
(Seal)

Notary Public

14129

FILED IN THE COUNTY CLERK'S OFFICE
AT 11:45 O'CLOCK a M
Book 144 Page 237
SEP 1 1982
SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By [signature] Deputy

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF } ss.

The foregoing instrument was acknowledged before me this ____ day of ____, 19__, by ____ (Name of Officer) ____ (Title of Officer) of ____ (Name of Corporation Acknowledging) a ____ (State of Incorporation) corporation, on behalf of said corporation.

My commission expires:
(Seal)

Notary Public

THE VALLIANT CO. ALBUQUERQUE N. M.

145

SF-1 SHORT FORM WARRANTY DEED—Rev. 5-75—New Mexico Statutory Form THE VALLIANT CO. ALBUQUERQUE, N. M.

# WARRANTY DEED

WILLIAM L. SMITH and SUSAN D. SMITH

, for consideration paid, grant to DOUGLAS D. SMITH, DAVID L. SMITH, DEREK R. SMITH and DANIEL D. SMITH, as joint tenants,

whose address is

the following described real estate in Rio Arriba County, New Mexico:

A parcel of land, lying and being situate within Complaint No. 92-PC 180 in the Santa Clara Pueblo Grant within Section 35 T.21 N., R8E, Rio Arriba County, New Mexico, more particularly described as follows:

Beginning at a U.S.G.L.O. Brass cap, corner M on the Santa Fe, Rio Arriba County line between Section 35, T.21N, R8E, N.M.P.M. and Section 2, T20N, R83, N.M.P.M., thence N.63°44'E a distance of 403.4 feet to a point; thence N.1°02'E a distance of 59.7 feet to the southwest corner of the parcel herein described, the true point and place of beginning:

Thence N.3°28'W, a distance of 146.2 feet to a point;
thence N.36°07'E, a distance of 119.8 feet to a point;
thence S.86°53'E, a distance of 500.9 feet to the NE corner;
thence S.17°08'E, a distance of 225.0 feet to the SE corner;
thence S.89°50'W, a distance of 628.0 feet to the true point and place of beginning.

Containing 3.06 acres, more or less.

As described in that plat of survey made 7 January, 1981 by Jack G. Horne, PE, L.S. #889

RIO ARRIBA
J. FRED VIGIL, COUNTY CLERK
200801727
Book 531 Page 1727
1 of 2
03/13/2008 01:12:28 PM
BY BONNIE

with warranty covenants.

WITNESS our hand s and seal s this 26th day of April, 1983.

WILLIAM L. SMITH (Seal) SUSAN D. SMITH (Seal)

(Seal) (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO } ss.
COUNTY OF RIO ARRIBA

The foregoing instrument was acknowledged before me this ___ day of April, 1983,
by William L. Smith and Susan D. Smith
(Name or Names of Person or Persons Acknowledging)

My commission expires: Sept 29 1986
(Seal)

Notary Public

FOR RECORDER'S USE ONLY

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO } ss.
COUNTY OF

The foregoing instrument was acknowledged before me this ___ day of ___, 19___, by ___ (Name of Officer) ___ of ___ (Title of Officer) (Name of Corporation Acknowledging) a ___ (State of Incorporation) corporation, on behalf of said corporation.

My commission expires:
(Seal)

Notary Public

• Points found & used
o Points set
NORTE
S. 86°53'E
Basis of Bearings
500.9
N.36°07'E.
119.8
Fence is not on Property Line
W. L. Smith
Western Winds Motel
3.06± Ac.
U.S. HIWAY C-H-84-285
S.17°08'E
225.0'
N.3°28'W.
146.2
S. 61°57'W.
73.4'
Manhole
628.0'
S.89°50'W
S.17°08'E 152.0'
S1°02'W
S63°44'W
SECT. 35 RIO ARRIBA CO,
SECT. 2 SANTA FE CO.
T. 21 N., R 8 E,
U. S. G. L. O. Brass Cap
Corner M on Santa Fe
Rio Arriba County Line
19400
FILED IN THE COUNTY CLERK'S OFFICE
AT 10:37 O'CLOCK A M
Book 146 Page 164-165
JUN 5 1983
SILVIANO ROMERO
County Clerk Rio Arriba County N.M.
By Deputy
I hereby certify that this survey was made by me and it is true and correct to the best of my knowledge and belief.
Jack G. Horne
PE & L.S. #889
RIO ARRIBA
J.FRED VIGIL, COUNTY CLERK
200801727
Book 531 Page 1727
2 of 2
03/13/2008 01:12:28 PM
BY BONNIE
SEAL
7 JAN. 1981
SURVEY FOR W. L. SMITH IN COMPLAINT 92-
SCALE 1"=100'
IN SANTA CLARA PUEBLO GRT. SECT.35, T.21N, R8E, RIO ARRIBA Co, NM
DRAWN JGH
HORNE ENGINEERING CO - 210 CADIZ RD., SANTA FE, NEW MEX.
165

MOTEL