

**SANTA CLARA**
POST OFFICE BOX 580
(505) 753-7330
(505) 753-5375 Fax

**INDIAN PUEBLO**
ESPANOLA, NEW MEXICO
87532
OFFICE OF GOVERNOR

May 10, 2018

Travis Taylor
Santa Fe Resident Agency

Re: Land Status Report

Mr. Taylor,

This letter is in regards to a land status for an incident regarding M███ G██████s that occurred at 826 North Riverside drive, Espanola, New Mexico. The address is located on Tribal land but is privately owned.

The area is within the Santa Clara land grant in Section 2, T. 20 N., R 8 E., N.M.P.M. in Rio Arriba County, New Mexico.

Should you have any questions, please contact me at ████████.

Sincerely,

*[signature]*

Shawn Chato
Realty Director

**GOVERNMENT EXHIBIT 1**