

GOVERNMENT
EXHIBIT

1



N

shed

detetw

mo riou

Sus re's Champer