FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry   05/23/2018

   DOUGLAS SMITH, date of birth (DOB) ▮▮▮▮▮▮ ▮▮ Manager at West Winds Motel, Espanola, NM, was interviewed at 2905 Rodeo Park Drive East, Building 6, Suite 200, Santa Fe, NM. The interview was audio and video recorded and a copy of the recording was attached via 1A envelope. After being advised of the identities of the interviewing Agents and the nature of the interview, SMITH provided the following information:

   (The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all the statements made during the interview. Communications by the parties in the interview were electronically recorded. The recording captures the actual words spoken.)

   After being read the FD-395, Advice of Rights Form, SMITH stated he understood his rights and signed the Advice of Rights Form.

   SMITH re-iterated what he had told Espanola Police Department (EPD) Detective BYRON ABEYTA, and added that he has in the past fired warning shots at trespassers on his property. SMITH drew a picture of the property outlining where he was and where the victim was when he began shooting. SMITH indicated that when he first saw the victim, she made no moves towards him, nor did he see anything in her hands.



**GOVERNMENT EXHIBIT 1**

Investigation on  05/07/2018  at  Santa Fe, New Mexico, United States (In Person)

File #  198A-AQ-2853288                                    Date drafted  05/21/2018

by  TAYLOR TRAVIS WILLIAM, Michelle A. Cobb

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.