

GOVERNMENT EXHIBIT 3

U.S. v. Douglas Smith  Discovery 27