IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | No. CR 1:18-03495-001 JCH |
| ) | |
| vs.   ) | |
| ) | |
| DOUGLAS D. SMITH,   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO FILE RESPONSES AND REPLIES**

Douglas D. Smith, by and through undersigned counsel Aric G. Elsenheimer, moves the Court to extend the deadline for filing all responses and replies until July 29, 2020.. In support of this motion, Mr. Smith states:

1. The current deadline to file all responses and replies is July 15, 2020. (Doc. 79). The parties are engaged in plea negotiations and Mr. Smith is considering a plea offer from the government. A pretrial resolution of this matter would make the filing of responses and replies, and additional pretrial motions unnecessary. Toward this end, Mr. Smith requests that the Court extend the current deadline of filing responses and replies by two weeks, until July 29, 2020.

2.      Counsel for the government, Kyle Nayback, does not oppose this motion.

WHEREFORE, Mr. Smith, by and through undersigned counsel, respectfully requests that this Court extend the deadlines as discussed above.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

*Electronically filed July 9, 2020*
/s/ Aric G. Elsenheimer
Assistant Federal Public Defender