IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 1:18-03495-001 JCH |
| ) | |
| vs. ) | |
| ) | |
| DOUGLAS D. SMITH, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO GOVERNMENT'S
### MOTION FOR A *LAFLER-FRYE* HEARING (Doc. # 63)

Douglas Smith, Defendant, through counsel, Aric G. Elsenheimer and Amanda R. Lavin, Assistant Federal Public Defenders, respectfully does not oppose the government's motion to conduct a *Lafler/Frye* hearing (Doc. # 63).

Counsel does not oppose a hearing held in the fashion outlined in the Government's Motion for a *Lafler-Frye* hearing to the extent it does not reveal any privileged attorney-client communications.

*Wherefore*, Mr. Smith, by and through undersigned counsel, respectfully does not oppose the Government's proposed Lafler-Frye hearing.

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

*Electronically filed July 29, 2020*
/s/ Amanda R. Lavin
/s/ Aric G. Elsenheimer
Assistant Federal Public Defenders
Counsel for Defendant

2