IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 18-3495 JH |
| ) | |
| **DOUGLAS D. SMITH**, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' NOTICE OF FILING SUPPLEMENTAL EXHIBITS TO ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (DOC. 53)

The United States hereby submits this Notice of Filing Supplemental Exhibits to its Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed on April 16, 2020 (Doc. 53), and attaches hereto its supplemental Exhibits 2, 3, and 4 to that response, which consist of updated Indian Country land status documentation.

> Respectfully submitted,
> JOHN C. ANDERSON
> United States Attorney
>
> *Electronically filed on 08/06/2020*
> NOVALINE D. WILSON
> KYLE T. NAYBACK
> Assistant United States Attorneys
> Post Office Box 607
> Albuquerque, New Mexico 87102
> (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

 *Filed Electronically on 08/06/2020*
NOVALINE D. WILSON
Assistant United States Attorney