



**Western Winds Motel Location**

- Western Winds Motel
- Santa Clara Pueblo Boundary





Santa Clara Pueblo Realty 2020



GOVERNMENT EXHIBIT 2