



**Supplemental Plat Overlay Showing Private Claims in Section 35 Within the Santa Clara Pueblo Grant**

GOVERNMENT EXHIBIT 3

**Legend**
- Espanola Road Centerlines
- Santa Clara Pueblo Boundary
- Section, Township, Range
- ★ Western Winds Motel Location