

**SANTA CLARA**
POST OFFICE BOX 580
(505) 753-7330
(505) 753-5375 Fax

**INDIAN PUEBLO**
ESPANOLA, NEW MEXICO
87532
OFFICE OF GOVERNOR

July 27th, 2020

Travis Taylor
2905 Rodeo Park Drive E,
Building 6, suite 200,
Santa Fe, NM 87505

Re: Land Status Report

Mr. Taylor,

This letter is in regards to the land status of an incident regarding Maria Gallegos that occurred at the Western Winds Motel at 826 North Riverside Drive, Espanola, New Mexico. The location is on Private Property, but is located within the exterior boundaries of Santa Clara Pueblo.

The area is within the Santa Clara land grant in Section 35, T. 21 N., R 8 E., N.M.P.M. in Rio Arriba County, New Mexico.

Should you have any further questions, please contact our Realty Director, Jesse C. Gutierrez at (505) 692-6305.

Sincerely,

*[signature]*

J. Michael Chavarria,
Governor

**GOVERNMENT EXHIBIT 4**