

DEFENDANT'S EXHIBIT

H