IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | No. CR 1:18-03495-001 JCH |
| ) | |
| vs.  ) | |
| ) | |
| DOUGLAS D. SMITH,  ) | |
| ) | |
| Defendant.  ) | |

**PETITIONER'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE JURY INSTRUCTIONS**

Douglas D. Smith, by and through undersigned counsel Aric G. Elsenheimer, moves the Court to extend the deadline for filing Defendant's Jury Instruction until September 14, 2020. In support of this motion, Mr. Smith states:

1. Defendant's deadline to file jury instructions is September 7, 2020.

2.  Mr. Smith respectfully requests an extension for filing the Defendant's Jury Instructions for an additional five days, or until September 14, 2020.

3.  Counsel for the government, Novaline Wilson, does not oppose this motion.

WHEREFORE, Mr. Smith, by and through undersigned counsel, respectfully requests that this Court extend the deadline to file jury instructions as discussed above.

Respectfully Submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

Electronically filed 9/1/20
/s/ *Aric G. Elsenheimer*
Assistant Federal Public Defender
