## UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

DOUGLAS D. SMITH

*Defendant*

Case No.  18CR3495 JCH

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, DOUGLAS D. SMITH, Defendant, understand that I am scheduled for a hearing on your Motion to Dismiss on 8/25/2020.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 8/25/2020

*Defendant's signature*

*Signature of defendant's attorney*

Aric G. Elsenheimer
*Printed name of defendant's attorney*

aric_elsenheimer@fd.org

*Defendant's attorney's e-mail address*