IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.  18-03495 JCH |
| ) | |
| **DOUGLAS D. SMITH**, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' WITNESS LIST

The United States respectfully submits the following list of anticipated witnesses which may be called at trial and requests permission to amend such list to include additional witnesses as may become necessary prior to and during trial:

1. Edwin Olsen, Espanola 911 Telecommunications Center

2. Officer Albert Rael, Santa Clara Pueblo Police Department (prior Espanola Police Department (EPD) Officer)

3. EPD Detective Byron Abeyta

4. Federal Bureau of Investigation (FBI) Special Agent Travis Taylor

5. Field Deputy Medical Investigator Lynne Gudes

6. Matthew Cain, M.D.

7. FBI Photographer Tammy Peter

8. FBI Special Agent Bradley Koons

9. Steve Jameson, FBI Operational Projects Unit

10. FBI Special Agent Brian Acee

11. FBI Physical Scientist/Forensic Examiner Theodore Chavez

12. FBI Photographer Nathan Schwabedissen

13. Geraldine Gutierrez, Santa Clara Pueblo Vital Statistics Office

14. Derek Delacruz

15. Daniel Smith

                                            Respectfully submitted,

                                            JOHN C. ANDERSON
                                            United States Attorney

                                            *Electronically filed on 09/14/2020*
                                            NOVALINE D. WILSON
                                            KYLE T. NAYBACK
                                            Assistant United States Attorneys
                                            Post Office Box 607
                                            Albuquerque, New Mexico  87102
                                            (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of this filing to be sent to counsel for Defendant.

 /s/
NOVALINE D. WILSON
Assistant United States Attorney