IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 18-03495 JCH |
| | ) |
| **DOUGLAS D. SMITH**, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' EXHIBIT LIST

The United States respectfully submits the following list of anticipated exhibits which may be used at trial and requests permission to amend such list to include additional exhibits as may become necessary prior to and during trial.

1. Recording of Defendant's May 5, 2018 phone call to 911

2. Transcript of recording of Defendant's May 5, 2018 phone call to 911

3. Recording of Defendant's May 5, 2018 statement to Espanola Police Department (EPD) Officer Albert Rael

4. Transcript of recording of Defendant's May 5, 2018 statement to EPD Officer Albert Rael

5. Recording of Defendant's May 5, 2018 statement to EPD Detective Byron Abeyta

6. Transcript of recording of Defendant's May 5, 2018 statement to EPD Detective Byron Abeyta

7. Photograph of Motel from street with M.G. – Bates 78

8. Photograph of M.G. with light and trailer – Bates 84

9. Photograph of trailer side view – Bates 89

10. Photograph of front gate – Bates 92

11. Photograph of Defendant's front yard – Bates 95

12. Photograph of Defendant's front door area – Bates 96

13. Photograph of gun marked #1 – Bates 100

14. Photograph of two spent bullets marked #2 and #3 (close up) – Bates 102

15. Photograph of spent bullet marked #4 – Bates 116

16. Photograph of spent bullet marked #5 – Bates 117

17. Photograph of M.G. – Bates 105

18. Photograph showing blood loss – Bates 111

19. Photograph showing injury – Bates 112

20. Photograph showing injury to face – Bates 114

21. Photograph showing injury to forehead – Bates 115

22. Diagram Defendant drew in May 5, 2018 interview with Detective Abeyta – Bates 27

23. Photograph of trailer and blood stain – Bates 136

24. Photograph of trailer and front yard – Bates 137

25. Photograph of bullet hole in trailer (close up) – Bates 124

26. Photograph of bullet hole – Bates 125

27. Photograph of metal shed behind trailer in background – Bates 127

28. Photograph of bullet hole in metal shed (close up) – Bates 130

29. Recording of Defendant's May 7, 2018 statement to FBI agents

30. Transcript of recording of Defendant's May 7, 2018 statement to FBI agents

31. Diagram Defendant drew in May 7, 2018 interview with FBI agents – Bates 7

32. Photograph of M.G. at the scene – Bates 624

33. Photograph of M.G. and foliage – Bates 634

34. Photograph of M.G. and blood stain – Bates 643

35. Photograph of Motel rooms front view – Bates 657

36. Photograph of gunshot entry – Bates 709

37. Photograph of gunshot entry (close up) – Bates 710

38. Photograph of bullet fragment retrieved from M.G. – Bates 726

39. Photograph of M.G.'s face showing injuries after cleaning – Bates 781

40. Spherical photograph of Defendant's yard facing gate – Bates 832

41. Spherical photograph of Defendant's door – Bates 836

42. Spherical photograph of Defendant's yard facing wooden shed – Bates 840

43. Spherical photograph of Defendant's yard facing gate – Bates 841

44. Spherical photograph of Defendant's yard facing wooden shed – Bates 900

45. Spherical photograph of Defendant's yard facing wooden shed – Bates 912

46. Photograph of Motel with private property sign – Bates 979

47. Photograph of Motel with sign and fence – Bates 980

48. Photograph of door of room #6 at Motel – Bates 1029

49. Photograph of side gate with sign – Bates 1030

50. Photograph of Motel with address number – Bates 1037

51. Photograph of bullet hole in trailer marked H1 – Bates 1331

52. Photograph of bullet hole in trailer marked H1 (close up) – Bates 1333

53. Photograph of metal shed with bullet hole – Bates 1163

54. Photograph of bullet hole marked H2 – Bates 1165

55. Photograph of bullet impact in metal shed marked I1 – Bates 1179

56. Photograph of bullet hole in television marked I1 (close up) – Bates 1184

57. Photograph of Defendant's yard facing Motel rooms – Bates 1376

58. Photograph of Defendant's yard with wooden shed – Bates 1413

59. Arial video of Motel

60. Demonstrative aid – 3D model of Motel and Defendant's yard

61. Trajectory diagram – Bates 1469

62. Pueblo of Santa Clara enrollment letter for M.G. – Bates 159

                              Respectfully submitted,

                              JOHN C. ANDERSON
                              United States Attorney

                              *Electronically filed on 09/14/2020*
                              NOVALINE D. WILSON
                              KYLE T. NAYBACK
                              Assistant United States Attorneys
                              Post Office Box 607
                              Albuquerque, New Mexico  87102
                              (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

 /s/                           
NOVALINE D. WILSON
Assistant United States Attorney