IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,	) | |
| )	 | |
| Plaintiff,	) | |
| )	 | |
| vs.	) | Cr. No. 18-3495 JCH |
| )	 | |
| **DOUGLAS D. SMITH**,	) | |
| )	 | |
| Defendant.	) | |

UNITED STATES' NOTICE OF FILING EXHIBITS FOR NOVEMBER 5, 2020 HEARING REGARDING *DAUBERT* AND RULE 702 ISSUES ON DENIAL OF DEFENDANT'S MOTION TO EXCLUDE EXPERT WITNESS TESTIMONY OF THEODORE CHAVEZ (DOC. 48)

The United States submits this Notice of Filing Exhibits for the November 5, 2020 hearing to address, *inter alia*, *Daubert* and Rule 702 issues following the Court's denial of Defendant's Motion to Exclude Expert Witness Testimony of Theodore Chavez (Docs. 48, 122). The United States hereby submits Exhibits 1-6 for that matter, consisting of the following:

1. **Govt's Exh. 1**: Curriculum Vitae of FBI Physical Scientist Theodore Chavez (Bates 1446)

2. **Govt's Exh. 2**: Powerpoint Presentation re Trajectory Analysis prepared by Theodore Chavez for *Daubert* hearing (Bates 2592-2604)

3. **Govt's Exh. 3**: Diagram re FBI Laboratory Response to Major Crime Scenes (Bates 2605)

4. **Govt's Exh. 4**: Laboratory Shooting Reconstruction Team (LSRT) Information (Bates 2606)

5. **Govt's Exh. 5**: Laboratory Report prepared by Theodore Chavez on February 3, 2020 (Bates 1457-1459)

6. **Govt's Exh. 6**: Trajectory graphic prepared by Theodore Chavez in connection with his February 3, 2020 report (Bates 1469)

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed on 10/29/2020*
NOVALINE D. WILSON
KYLE T. NAYBACK
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

  *Filed Electronically on 10/29/2020*
NOVALINE D. WILSON
Assistant United States Attorney