# Theodore J. Chavez

Federal Bureau of Investigation (FBI) Laboratory
2501 Investigation Parkway, Quantico, VA 22135
Office: ▮▮▮▮▮▮    Email: ▮▮▮▮▮▮

## PROFESSIONAL EXPERIENCE

**Physical Scientist / Forensic Examiner**
July 2012 – Present    FBI Laboratory, Firearms/Toolmarks Unit, Quantico, VA

Qualified Examiner in the fields of Firearm and Toolmark Identification. Conduct examinations on firearm and toolmark evidence, prepare and issue laboratory reports, and provide sworn testimony to the results as necessary. Provide technical instruction and presentations to law enforcement personnel in courses such as: Evidence Response Team (ERT) Shooting Incident Reconstruction School, ERT Basic, and ERT Refresher Course. Current member of the Association of Firearm and Tool Mark Examiners (AFTE) since December 2011. Oversee the Quality Assurance Program for FTU and ensure compliance with current FTU and LD policies, practices and procedures.

**Physical Scientist / Forensic Examiner (*in training*)**
June 2009 – July 2012    FBI Laboratory, Firearms/Toolmarks Unit, Quantico, VA

Completed an extensive training program to qualify as an Examiner in the fields of Firearm and Toolmark Identification. The training program is outlined through a training manual that includes preparing test specimens, conducting analysis using the comparison microscope and working alongside other qualified Firearm and Toolmark Examiners, as well as completing training courses: FBI Gunshot Residue School, Evidence Response Team (ERT) Shooting Incident Reconstruction School, and ERT Basic Course-Laboratory Personnel.

**Mechanical Engineering Technician**
September 2008 – June 2009  U.S. Consumer Product Safety Commission, Gaithersburg, MD

Conducted compliance testing on children's products and produced testing reports. Also assisted with development and maintenance of product testing standards.

**FBI Honors Intern**
June 2007 – August 2007    FBI Laboratory, Explosives Unit, Quantico, VA

Learned about the capabilities within the Unit which included the smokeless powder database, classes and research. Assisted in preparing test samples for research on fire and arson evidence.

## EDUCATION

**Saint Vincent College**    Latrobe, Pennsylvania
**Bachelor of Science, Physics**    August 2004 – May 2008

## TESTIMONY EXPERIENCE

Santa Fe, New Mexico (Federal) – 2014
Phoenix, Arizona (Federal) – 2014
Rome, Georgia (State) – 2014
Rome, Georgia (State) – 2015
Jacksonville, Florida (Federal) – 2016
Casper, Wyoming (Federal) – 2016

Chicago, Illinois (Federal) – 2017
Las Cruces, New Mexico (Federal) – 2017
Brooksville, Florida (State) – 2018
Brooksville, Florida (State) – 2019
Jackson, Tennessee (Federal) – 2019


GOVERNMENT EXHIBIT 1

Revised: 11/15/2019

**U.S. v. Douglas Smith    Discovery 1446**