U.S. v. Douglas Smith    Discovery 2592



# Daubert: U.S. v. Douglas D. Smith, DNM Case No. 18-CR-3495 JCH

Theodore J. Chavez

Physical Scientist / Forensic Examiner

FBI Laboratory

UNCLASSIFIED

1



GOVERNMENT
EXHIBIT

**2**

U.S. v. Douglas Smith    Discovery 2592

U.S. v. Douglas Smith    Discovery 2593

# Trajectory Analysis

 Projectile paths can be important in determining the physical origins of gunshots and location of additional evidence.

 Over relatively short distances, projectile trajectories can be represented by a straight line not withstanding deflection or ricochet.

 A projectile path consists of both the line and direction along which a projectile travels.

 At least two points of reference are generally needed to establish a path; however, a single hole may sometimes be used to estimate a path based on the associated shape, relative dimension, depth and/or trace deposits.

 Direction of travel can sometimes be determined from the shape and characteristics of an impact mark, as well as from bullet material deposition.

UNCLASSIFIED

2







U.S. v. Douglas Smith     Discovery 2595

U.S. v. Douglas Smith     Discovery 2596

# FBI Laboratory Team

| Observation | Imaging | Measurement |
|---|---|---|
| **Firearms/Toolmarks Unit (FTU)**<br>• Physical Scientist Examiner<br>• Physical Scientist Non-Examiner | **FTU**<br>• Analysis of Defects<br>• Identify entrance/exit | **FTU**<br>• Hand measurement |
| **Operational Projects Unit (OPU)**<br>• Visual Information Specialist<br>• Photographer | **OPU**<br>• Photography<br>• Aerial imaging<br>• Videography | **OPU**<br>• Hand Measurement<br>• Survey Data<br>• Scan Data |
| **Evidence Response Team (ERT)**<br>• Special Agent<br>• Support Personnel | **ERT**<br>• Photography<br>• Aerial imaging<br>• Videography | **ERT**<br>• Hand Measurement<br>• Survey Data<br>• Scan Data |

## Trajectory Analysis

- Measurement of bullet impact and angle; analysis of the projectile defects, identification of entrance/exits, evaluation of the interactions of the projectiles and their targets.
- Imaging (e.g., photography, videography)

U.S. v. Douglas Smith     Discovery 2596

U.S. v. Douglas Smith    Discovery 2597

# Trajectory Analysis

 (1) whether the theory or technique in question can be and has been tested;

 (2) whether it has been subjected to peer review and publication;

 (3) its known or potential error rate;

 (4) the existence and maintenance of standards controlling its operation; and

 (5) whether it has attracted widespread acceptance within a relevant scientific community.

UNCLASSIFIED

U.S. v. Douglas Smith    Discovery 2597

U.S. v. Douglas Smith    Discovery 2598

# (1) whether the theory or technique in question can be and has been tested;

- Competency Testing
  - Training Program
- Proficiency Testing
  - Accredited Forensic Test Providers
  - Scope of Forensic Accreditation
- Validation Studies
- Empirical Studies



UNCLASSIFIED

7

# (2) whether it has been subjected to peer review and publication;

- Peer Reviewed Publication
  - Textbooks, military training guides, and journals
- Association of Firearm & Tool Mark Examiners (AFTE)
  - AFTE Journal
- American Academy of Forensic Sciences (AAFS)
  - Journal of Forensic Sciences
- International Association of Identification (IAI)
  - Journal of Forensic Identification



UNCLASSIFIED

8

# (3) its known or potential error rate;

- Measurement Uncertainty
  - Created during the process of measuring
- Directionality
  - Incorrect determination of a trajectory
  - Proficiency Tests provide information on examiner performance/decision(s)
- Mitigate Human Error
  - Quality Assurance review process



UNCLASSIFIED

9

U.S. v. Douglas Smith    Discovery 2601

# (4) the existence and maintenance of standards controlling its operation; and

- Comprehensive Training Program
  - Training Manual, Competency Test, Qualification
- Quality System
  - Laboratory Operations Manual
  - Standard Operating Procedures
  - Review of Supporting Records, Report, and Supplemental Graphics
    - Technical Review
    - Administrative Review
- Accreditation Programs



UNCLASSIFIED

10

U.S. v. Douglas Smith    Discovery 2602

# (5) whether it has attracted widespread acceptance within a relevant scientific community.



- Association of Firearms and Tool Mark Examiners (AFTE)
- Academic Programs
- Grant Programs
  - National Institute of Justice
  - National Institute of Standard and Technology (NIST)
- Accepted Measurement Techniques
  - Land Surveying Equipment and Tools

UNCLASSIFIED

11

U.S. v. Douglas Smith    Discovery 2603



# Laboratory Division Results

## Firearms/Toolmarks

- Laboratory Report
  - Summary of Team
  - Analysis of Projectile Defects
  - Bullet Trajectories
    - Number of Shots
    - Directionality of Projectile
    - Evaluation of the interactions of the projectiles and their targets
  - Supplemental Graphics

## Operational Projects

- Graphics
  - Two Dimensional
    - Overhead Perspective
    - Side Elevation View
- Exhibits

U.S. v. Douglas Smith    Discovery 2603

U.S. v. Douglas Smith    Discovery 2604

# Trajectory Analysis – Overhead Perspective



UNCLASSIFIED

U.S. v. Douglas Smith    Discovery 2604