U.S. v. Douglas Smith     Discovery 2605

# FBI LABORATORY RESPONSE TO MAJOR CRIME SCENES

 

**INCIDENT HAPPENS**

**SAC** 
**SPECIAL AGENT IN CHARGE (SAC)**
Notifies Crisis Management Coordinator (CMC)/ASAC
Notifies ERT Assistant Special Agent in Charge (ASAC) and/or Supervisory Special Agent (SSA)

**SAC** 
**SPECIAL AGENT IN CHARGE (SAC)**
Activates Critical Response Plan (CRP)


**CRITICAL INCIDENT CONFERENCE CALL**


**COMMAND POST ESTABLISHED**
Per the CRP

If it is an FBI investigation, a full deployment of Field ERT and LD assets will be coordinated by ERTU.

If the case is a local assist, a decision will be made to assist or not, including the number of supportive assets.

If the incident is an Agent Involved Shooting (AIS), Inspection Division (INSD) will request the Laboratory Shooting Response Team (LSRT) or defer to Division and/or local assets.


**OPERATIONAL PROJECTS UNIT (OPU)**
Obtains & distributes scene & satellite imagery


**EVIDENCE RESPONSE TEAM UNIT (ERTU)**
Notifies other ERTs to be on stand-by
Contacts local law enforcement to identify assets/equipment
Coordinates with INSD if AIS

**ERTU ON-CALL SSA NOTIFIES NEEDED LD UNITS**
(i.e., FTU, OPU, FEU, THRU, EU, SRAU)

**FIELD OFFICE ERT SENIOR TEAM LEADER (STL)** 
Contacts on-call Evidence Response Team Unit (ERTU) SSA

**LABORATORY DIVISION COORDINATION BEGINS**
On-call SSAs & Professional Staff

**MISSION PLANNING ROOM (MPR)**
**OPERATIONAL RESPONSE CENTER (ORC)**
FREDERICKSBURG, VA


**TECHNICAL HAZARDS RESPONSE UNIT (THRU)**
Obtains lodging for deployed personnel
Activates the Base of Operations (BOO), Mobile Informational Platform (MIP), special equipment & communication gear
Coordinates with CIRG for available aircraft


**ERTU**
Notifies ERT teams on stand-by to deploy their teams


**ERTU NON-DEPLOYED SSAs**
Further coordinate with the on-scene ERT
Provide step-by-step guidance to begin scene processing before teams arrive
Coordinate communication with HQ


**NON-DEPLOYED ERTU SSAs & PROFESSIONAL STAFF**
Coordinate evidence transport
Schedule rotation of teams after five days of prolonged mission

**FIELD EVIDENCE UNIT**
Coordinates evidence handling & packaging


**FIREARMS/TOOLMARKS UNIT (FTU)**
Assesses amount of firearm evidence
Evaluates complexity of scene

**SAC**
**SPECIAL AGENT IN CHARGE (SAC)**
Allows Senior Team Leader (STL) to access scene

**FIELD OFFICE ERT STL**
Gathers preliminary info about the scene
Notes how many local resources are available
Inventory/equipment needs are discussed
Assesses if additional assets are needed

**SCENE ASSESSMENT**

**SAC**
**SPECIAL AGENT IN CHARGE (SAC)**
Establishes federal nexus/USAO desire to prosecute/support federal investigation

**CONFERENCE CALL**
Coordinated by ERTU


**FIELD OFFICE ERT STL**
Provides general overview of incident
Determines size & scope
Identifies safety issues & environmental hazards


**ALL NEEDED LD UNITS**
Obtains general information & asks questions
Inspection Division (INSD) if Agent Involved Shooting (AIS)

**DEPLOY**
**OPERATIONAL PLAN is developed**

A decision is rendered for LD assets to either stand down or deploy to the scene

**LD ASSETS & PERSONNEL**
Deploy to the scene
(1) ERTU SSA is responsible for crime scene management
(1) ERTU SSA serves as the command post liaison and interfaces with local EM; addresses logistics and admin needs
Possible third SSA to assist

**STAND DOWN**


**PROCESSING OF SCENE**

On-scene management dictates requirements, tempo, & duration of operation
ERT & LD Units collect data & document the scene
On-scene LD team will brief SAC & local LEOs as needed
for AIS to INSD:
FTU provides verbal explanation
OPU provides preliminary sketches, photos


**AT COMPLETION**

**SAC**
ERTU SSA coordinates with Field Office ERT and SAC for proper scene transfer


**DEPLOYED ASSETS**
Return to home offices


**Produce LD Products**
Deliverables are incident specific

GOVERNMENT EXHIBIT 3

U.S. v. Douglas Smith     Discovery 2605