

UNCLASSIFIED

## OVERVIEW: LSRT

### Laboratory Shooting Reconstruction Team

**PURPOSE:** To analyze, document, and reconstruct shooting incidents.

The Laboratory Shooting Reconstruction Team (LSRT) is a group of specialized subject matter experts (SMEs) qualified in shooting incident reconstruction. The team utilizes reconstruction equipment along with specialized techniques that comply with established FBI Laboratory protocols and procedures. Members of the LSRT include personnel from the **Evidence Response Team Unit (ERTU)**, **Technical Hazards Response Unit (THRU)**, **Operational Projects Unit (OPU)**, and **Firearms/Toolmarks Unit (FTU)**. The LSRT is trained and experienced in working complex crime scenes and is available to deploy from Quantico, Virginia, to integrate with respondents at the incident site.

### PROCESSES PERFORMED:

**Shooting Incident Reconstruction (SIR)** - The examination and documentation of bullet holes (perforations), impacts, and ricochets (skips) to determine if there is a relationship between them that would indicate the path a bullet would have traveled.

**Crime Scene Documentation** - The process of fully documenting a crime scene and its related evidence using advanced photographic techniques and digital documentation methods (i.e., surveying, laser scanning, drones, etc.). Data and information collected on-scene is later processed and combined to create accurately scaled diagrams, 3D models, and other visual products for use as investigative aids or courtroom exhibits.



### DEPLOYMENT PROCESS:

**Notification Phase** - Notification begins immediately when a shooting incident occurs.
- The SAC will also notify the Inspection Division (INSD) if the incident is an Agent Involved Shooting (AIS).
- The Field Office ERT Senior Team Leader (STL) alerts the ERTU On-Call SSA of the incident.
- ERTU notifies FTU, OPU, THRU, and the Field Evidence Unit (FEU).
- ERTU notifies other ERTs to be on stand-by, if the scene is large-scale.

**Coordination Phase** - Once notified, the ERT STL will deploy to assess the scene, while the SAC establishes a Federal nexus. Following scene assessment, a conference call is held with the LSRT (ERTU, FTU, OPU, THRU) and Field Office ERT STL. (INSD participates if incident is an AIS.)

> **If case is FBI**, full deployment of Field ERT and LD assets will be coordinated by ERTU.
> **If case is a local assist**, a decision will be made to assist or not, including the number of supportive assets.
> **If incident is an AIS**, INSD will request the LSRT or defer to Division and/or local assets.

**Deployment Phase** - The LSRT deploys to the shooting incident to document firearms evidence.
- ERTU deploys stand-by teams, as needed.
- THRU coordinates with the Critical Incident Response Group Field Flight Operations for aircraft availability and will facilitate travel logistics for the team.
- THRU activates the Base of Operations (BOO), the Mobile Imaging Platform (MIP), and support vehicles. THRU also coordinates delivery of specialized equipment and communications gear from one of the Operational Response Centers in Fredericksburg, VA; Irving, TX; or Northridge, CA.
- OPU distributes scene satellite imagery.
- FTU preliminarily assesses amount of firearms evidence and evaluates complexity of scene.

**Documentation Phase** – The LSRT uses specialized tools and equipment to accurately document the crime scene. On-scene management dictates requirements, tempo, and duration of the operation. The LSRT will brief, as needed, SAC and local LEO managers. Upon completion, ERTU SSA coordinates with SAC and Field ERT and relinquishes scene to SAC. Assets return to home offices, and non-deployed ERTU SSA coordinates evidence transport to Quantico.

### RESULTS:

The LSRT provides a briefing on-scene to the Field Office, with information pertaining to the shooting incident. If the incident is an AIS, the LSRT will provide a general overview of the incident, sketches, spherical photos, and scan data prior to departure from the scene.

After returning to the Laboratory Division and once all exams are completed:
- FTU will provide a Shooting Incident Reconstruction Report.
- OPU will provide graphics and supporting trial exhibits, working with FTU examiner and trial team.

Completed LSRT products and deliverables can be expected within 12 months for most cases; deliverables for AIS related cases will be provided to INSD within 90-120 days.

For questions or more information contact the FBI Laboratory at

**703.632.7000**
or visit
fbi.gov/services/laboratory
or
fbilabqsd.com/

**GOVERNMENT EXHIBIT 4**

UNCLASSIFIED