7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To:   Travis W. Taylor
      Special Agent
      Albuquerque

Date: February 3, 2020

Case ID No.: AQ-2853288

Lab No.: 2019-02375-2

Communication(s):          August 19, 2019

Agency Reference(s):

Subject(s):                Douglas D Smith

Victim(s):                 Maria Gallegos

Discipline(s):             Firearms/Toolmarks

FBI Laboratory Evidence Designator(s):

Request 1        SIR

Predicated on a request from the Albuquerque Field Office, a member of the Firearms/Toolmarks Unit, Theodore J. Chavez, was deployed to Espanola, New Mexico on August 22, 2019 to perform a shooting incident reconstruction and included members of the Albuquerque Field Office Evidence Response Team.

The shooting incident reconstruction exams were conducted on August 22, 2019 at 825 North Riverside Drive, Espanola, NM 87532. Graphical depictions of the shooting incident reconstruction examination results have been prepared by the Operational Projects Unit and are included with this report. For the purpose of this report, please refer to the following legend:

**H = Hole**          Holes that were generated when a bullet and/or debris punctured an object.

**I = Impact**        Impacts that were generated when a bullet and/or debris struck an object.

**T = Trajectory**    Hole(s)/Impact(s) caused by the same bullet and/or debris.

\#                    Numbers following the item descriptor refer to the sequential number of that particular item that was documented.

→                     Represents a continuation in a reconstructed trajectory from the previous Hole/Impact to the succeeding Hole/Impact.

For the purpose of this report, the origin of a trajectory is referenced by compass direction. The results of the shooting incident reconstruction are included in this report.

Attached Graphic (1 total)

Page 1 of 3

UNCLASSIFIED

**GOVERNMENT EXHIBIT 5**

UNCLASSIFIED

**Results of Examinations:**

T1      H2 → I1

Trajectory T1 was reconstructed in the corrugated metal siding and continued into the television screen. Trajectory T1 originated from a north/northeast direction.

H1      Hole 1 was located in the metal trim of a camper trailer and could not be associated with a trajectory. The bullet and/or debris that created H1 originated from a north/northeast direction.

**Methods:**

Areas of interest for Shooting Incident Reconstruction are measured and/or surveyed and documented to allow for 3-D computer reconstruction of the shooting scene. Suspected bullet holes/impacts are examined to determine whether they have physical effects consistent with having been caused by a bullet and/or debris. They are then examined to determine specific trajectories (holes caused by the same bullet) and to identify the direction the bullet was traveling. The direction of travel can be determined by the nature of the damage around the hole(s), the direction of transport of additional materials from a hole, the lack of an exit hole on one end of the trajectory, or by the recovery of a bullet or bullet fragments at one end of the trajectory. For manual measurements, coordinate systems are established within the shooting scene to allow for all holes/impacts of importance to be measured within the overall scene. Manual measurements may be supplemented with or replaced by data from surveying equipment or laser scanning devices operated by the Operational Projects Unit.

**Limitations:**

Trajectories can be determined by either measuring the (x,y,z) coordinates of at least two points along each trajectory, or by measuring the position of one hole/impact and taking horizontal angle (azimuth) and vertical angle (declension) measurements of the trajectory rods. These measurements can either be taken manually or by surveying equipment or laser scanning devices operated by the Operation Projects Unit.

UNCLASSIFIED

**Remarks:**

For questions about the content of this report, please contact Forensic Examiner Theodore J. Chavez at ▉▉▉▉▉▉▉▉. For additional copies of the graphic, please contact Visual Information Specialist Jennifer Throneburg at ▉▉▉▉▉▉▉▉.

The evidence, which is a request only, is being retained.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI Laboratory files. Please allow a minimum of thirty days from the date of a discovery request for the FBI Laboratory to provide the related materials. The FBI cannot ensure timely delivery of discovery requests received in less time.

The work described in this report was conducted at the Quantico Laboratory.

                                    Theodore J. Chavez
                                    Firearms/Toolmarks Unit