

U.S. v. Douglas Smith    Discovery 1469