IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Cr. No. 18-3495 JCH |
| | ) |
| **DOUGLAS D. SMITH**, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' NOTICE OF FILING SUPERSEDING EXHIBITS
IN SUPPORT OF ITS MOTION *IN LIMINE* TO ADMIT USE
OF DEMONSTRATIVE EXHIBIT AT TRIAL (DOC. 73)

In connection with the November 5, 2020 hearing on pending motions in this matter, the United States submits this Notice of Filing Superseding Exhibits in support of its Motion *in Limine* to Admit Use of Demonstrative Exhibit at Trial (Doc. 73). The United States replaces the prior filed exhibit and hereby submits Superseding Exhibits 1-3 in support of this motion, consisting of the following:

1. **Govt's Exh. 1**: Top view showing entire 3D Model (Bates 2611)

2. **Govt's Exh. 2**: Side view showing entire 3D Model (Bates 2618)

3. **Govt's Exh. 3**: Close-up of 3D Model showing front yard (Bates 2632)

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed on 10/29/2020*
    NOVALINE D. WILSON
    KYLE T. NAYBACK
    Assistant United States Attorneys
    Post Office Box 607
    Albuquerque, New Mexico  87102
    (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

 *Filed Electronically on 10/29/2020*
NOVALINE D. WILSON
Assistant United States Attorney