IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CR 1:18-03495-001 JCH |
| DOUGLAS D. SMITH, | ) ) | |
| Defendant. | ) ) | |

## SUPPLEMENTAL JUROR QUESTIONNAIRE

As a prospective juror in this case, you are being asked to fill out a questionnaire reflecting your personal attitudes and experience. We ask that you complete this questionnaire, to inform us of your present situation and the perspectives you bring to court at this time. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror *in this particular case,* though questions contained in the questionnaire may have nothing to do with the facts of this case. If there is any reason why you might not be able to listen openly to both the prosecution and the defense, it is important that you say so.

The questionnaires will be viewed only by the judge, court personnel, and the legal teams for the prosecution and defense.  At no time will they be made available to the media or the public.

There are no right or wrong answers, only complete and honest answers.  Please respond to *each* question as honestly and completely as you can, based on your best understanding of the questions. Do not leave any questions blank. If a particular question does not apply to you, write "N/A" in the space provided for the answer. Upon completion of the



DEFENDANT'S EXHIBIT A

questionnaire, you are required to sign and date the Juror's Oath. Your answers will have the effect of a statement given to the Court under oath.

**You should not discuss this case or the questionnaire with anyone, including your family and fellow jurors. Nor should you do any research in reference to this questionnaire. Research includes using the internet or any type of social media to attempt to find further information about this subject or case. Your answers must be your own.** If you need more space for your responses, or wish to make further comments about any of your answers, please use the extra sheet at the back of the questionnaire. Thank you for your patience and honesty.

_____
HONORABLE JUDITH C. HERRERA
U.S. DISTRICT COURT JUDGE

Juror Name

**BACKGROUND:**

1. Please tell us the following about your job. (If not currently employed, tell us about your last job.)

    a. Where do you work?

    _____

    b. How long have you worked there?

    _____

    c. What are your job title(s) and duties:

    _____

2. Do you supervise others as part of your job?  ☐YES  ☐NO

3. Marital status:

    _____ Married for _____ Years
    _____ Divorced                    _____ Separated
    _____ Widowed                    _____ Never Married
    _____ Living with Someone for _____ Years

4. Spouse's or significant other's current occupation and employer:

    _____
    _____

5. If you have children or stepchildren, tell us the following, whether or not they are living in your household.

| Gender | Age | Education Level | Occupation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Juror Name

|   |   |   |
|---|---|---|
|   |   |   |
|   |   |   |

6. If you have grandchildren, please tell us how many, their ages and occupations, if employed:

   Number of Male(s): __

   | Age | Occupation |
   |-----|------------|
   |     |            |
   |     |            |
   |     |            |
   |     |            |

   Number of Female(s): __

   | Age | Occupation |
   |-----|------------|
   |     |            |
   |     |            |
   |     |            |
   |     |            |

7. If you, or a close relative, have had military experience, indicate who (relation to you), the branch of service, and rank at discharge:

   a. Who (relation to you)? _____

   b. What special schools or training did they receive?

   _____

   c. Did they see or participate in combat?  ☐YES  ☐NO  If YES, please explain circumstances.

   _____

8. If you attended college or vocational school, please tell us:

   Major areas of study: _____

   What degrees or certificates did you earn? _____

Juror Name

9.  Have you ever taken any courses or had any training in the following areas:

    ____ Law     ____ Law Enforcement     ____ Criminology/Penology     ____ Investigation
    ____ Forensics     ____ Any health related field     ____ Psychology/Social Work

    Please describe:
    _____
    _____

10. Have you, or any friends, relatives or acquaintances applied, worked or volunteered for any regulatory or law enforcement agency, which has as a part of its responsibilities the enforcement of any state or federal laws?  ☐YES  ☐NO

    If YES, please state what type of law enforcement, where and when, in what capacity and in what specialty.

    | **Type** | **Where** | **When** | **Capacity/Specialty** |
    |---|---|---|---|
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |

11. Have you or any relatives, friends or acquaintances ever worked in a prison, jail, detention center or for probation services?  ☐YES  ☐NO

    If YES, please state who, where, when and circumstances.

    | **Who** | **Where** | **When** | **Circumstances** |
    |---|---|---|---|
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |
    |  |  |  |  |

12. What religious, civic, social, union, professional, fraternal, political or recreational organizations have you joined or participated in, and what offices, if any, have you held in these organizations?

    _____
    _____
    _____

13. In what ways, if at all, might your religious view or philosophical beliefs affect your service as a juror?

   _____

   _____

14. Are you currently affiliated with a political party?  ☐YES  ☐NO   How? _____

   _____

   _____

15. How do you keep up with the news? (Check all that apply)

   ___ Radio   ___ Television   ___ Newspaper   ___ Internet web/blogs/Twitter/Facebook
   ___ Magazines   ___ Other   _____

16. Which newspapers do you read, either in print or on line?

   _____

   How often? (check one)

   _____ Regularly   _____ Somewhat   _____ A little   _____ Not at all

   a. Which parts of the newspaper do you read regularly?

   _____

17. Do you regularly listen to or watch any radio or television news or talk shows?
   ☐YES  ☐NO  If YES, which ones?

   _____
   _____
   _____

   a. What Internet or web sites do you frequent?

   _____
   _____
   _____
   _____

    b.    Have you ever had a blog or followed a blog? ☐YES ☐NO
         If Yes, what was your blog?
         _____

    c.    Do you regularly comment on blogs? ☐YES ☐NO
         _____

**FIREARMS**

18.    Do you own any weapons? ☐YES ☐NO
      If YES, what type(s) of weapons do you own?
      _____
      _____
      _____
      _____

**CRIME AND GANGS:**

19.    How big a problem is crime in your neighborhood?
      _____
      _____

20.    What types of crime seems most common?
      _____
      _____

21.    Are property crimes a problem in your neighborhood? ☐YES ☐NO
      _____
      _____

22.    If property crime is a problem in your neighborhood, what do you think is a cause of that problem?
      _____
      _____

23.    What is a solution?
      _____
      _____

24.    Have you, or anyone close to you, been the victim or witness of a crime, reported or not?
      ☐VICTIM ☐WITNESS ☐NEITHER
      If YES, please explain who (relation to you), when, and what happened

Juror Name

_____
_____

    a.    Was anyone arrested?  ☐YES  ☐NO
    b.    What was the outcome of the case?

_____
_____
_____
_____

    c.    If there was a trial, did you/they testify?  ☐YES  ☐NO
    d.    Do you think justice was served?  ☐YES  ☐NO  Why or why not?

_____
_____
_____

**CRIMINAL JUSTICE EXPERIENCE**

25. Have you, any family members or close friends called, been interviewed by, or made a report to the police, the FBI, or any other local, state or, federal law enforcement agency?

    ☐YES  ☐NO

    If YES, please explain circumstances:

    _____
    _____
    _____

26. Would you describe your experience with law enforcement, which includes local police, FBI, or corrections/prison officials as positive _____ or negative _____ (Check one and explain)

    _____
    _____
    _____

27. Would you be more likely to believe a law enforcement officer, including an FBI agent, over any other witness in a court of law?  ☐YES  ☐NO  Why or why not?

    _____
    _____
    _____

28. Do you believe law enforcement officers, including FBI or local law enforcement are more likely to be truthful on the witness stand?  ☐YES  ☐NO  Why or why not?

    _____
    _____
    _____

29. Have you ever been in a situation in which you felt like you, or someone you know, were in physical danger or feared being hurt?  ☐YES  ☐NO  If YES, please describe:
   _____
   _____
   _____

30. Have you, or anyone close to you, ever been threatened with a weapon, including a knife or firearm?  ☐YES  ☐NO  If YES, describe the situation(s) and the weapon(s).
   _____
   _____
   _____

**CRIMINAL JUSTICE SYSTEM:**

31. The judge will instruct you that the burden is on the prosecution to prove beyond a reasonable doubt that the defendant is guilty; it is not for the defense to prove that the defendant is not guilty.  If, after hearing the evidence, you thought the defendant could be guilty, but you were not convinced beyond a reasonable doubt, would you be able to return a verdict of not guilty?  ☐YES  ☐NO
   If NO, why not?
   _____
   _____

32. A person accused of a crime does not have to testify in his defense, and his silence may not be considered as evidence against him.  How do you feel about that?
   _____
   _____
   _____
   _____
   _____

33. Do you know any employee of the Office of the United States Attorney for the District of New Mexico, or have you had any dealings with that office?  ☐YES  ☐NO
   If YES, please explain:
   _____
   _____
   _____
   _____
   _____

34. Have you served on a jury ☐YES ☐NO  If yes, please Indicate

   a. <u>State</u> ☐Civil ☐ Criminal
      Date(s) _____

Juror Name

    b.    <u>Federal</u> ☐ Civil ☐ Criminal
           Date(s) _____

    c.    ☐ Federal Grand Jury
           Date(s) _____

    d.    Briefly describe the nature of the case(s):
           _____
           _____
           _____
           _____
           _____

    e.    Was your jury able to reach a verdict?  ☐YES  ☐NO  If NO, please explain:
           _____
           _____

    f.    Were you ever the foreperson?  ☐YES  ☐NO  If YES, number of times _____

    g.    Is there anything about your prior jury service that might make it difficult for you to serve again?  ☐YES  ☐NO  If YES, please explain.
           _____
           _____

35.    Have you, any family members or close friends ever been an attorney, or ever worked for any private attorney, city or town attorney, District Attorney, state Attorney General, U.S. Attorney or in a courthouse?  ☐YES  ☐NO  If YES, please state:

| Who | Where | When | In what capacity |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**NATURE OF EVIDENCE AND CHARGED CRIMES:**

36.    Do you know that New Mexico is a stand your ground state?  ☐YES  ☐NO
       What does that mean to you?
       _____
       _____

Juror Name

37. If a homeowner is allowed to use deadly force to defend themselves or their property would you honor that law when you are deliberating in this matter.  ☐YES  ☐NO  Please explain.

_____

_____

**JURY SERVICE**

38. Do you agree that every juror is entitled to hold his or her own opinions and that differences in individual opinions should be respected ?  ☐YES  ☐NO

    a. Will you expect to be treated with dignity and respect during jury deliberations? ☐YES  ☐NO
    b. And will you likewise treat your fellow jurors with dignity and respect, even if you do not share their view?  ☐YES  ☐NO
    c. Will you stand up for the right of every juror to vote their decisions in the manner they feel is appropriate, even if other jurors disagree with their "vote"?  ☐YES  ☐NO
    d. Please explain what you feel it means to you to respect your fellow jurors:

    _____

    _____

39. Do you have any health problems that might make it difficult for you to sit as a juror in this case?  ☐YES  ☐NO  If YES, please explain:

_____

_____

_____

40. Are you taking any medications, which might make it difficult for you to sit and listen attentively to testimony for hours at a time?  ☐YES  ☐NO  If YES, please state the medication(s) and the effect on you.

_____

_____

_____

41. Is there any matter, including your past jury service, that may interfere with your duty as a juror to listen with an open mind to the evidence in this case and render an impartial verdict based solely on the evidence *(or lack thereof)* and the judge's instructions on the law?
    ☐YES ☐NO  If YES, please explain:

Juror Name

_____
_____
_____
_____

42. The trial in this case is expected to last approximately one to two weeks in Albuquerque, New Mexico. Is there anything about the approximate length of time that would not allow you to serve on this jury?  ☐YES ☐NO  If YES, please explain:

_____
_____
_____
_____

**COVID QUESTIONS**

43. Do you have any medical diagnoses or other condition (age, compromised immune system, etc.) that puts you at a higher risk of experiencing severe illness or death from COVID-19? ☐YES  ☐NO  If YES, please explain:

_____
_____

44. Do you live with anyone that is at a higher risk of experiencing severe illness or death from COVID-19?  ☐YES  ☐NO  If YES, please explain:

_____
_____

45. On a scale of 1-10 (1 being no fear and 10 being extreme fear) what level of fear do you currently have regarding the global COVID-19 pandemic?  CIRCLE ONE

    1   2   3   4   5   6   7   8   9   10

46. Do you believe that you would be more likely to contract COVID-19 by being in the courthouse?  ☐YES  ☐NO

47. Does the sound of someone in the room coughing or sneezing trigger concerns that you might contract COVID-19 from them?  ☐YES  ☐NO

48. If you were compelled to come into the courthouse or sit on the jury, how afraid would you be on a scale of 1-10 (1 being no fear and 10 being extreme fear) that you would expose other people in your household to the COVID-19 virus?  CIRCLE ONE

Juror Name

1   2   3   4   5   6   7   8   9   10

49. Do you believe it is safe to hold jury trials at this time?   ☐YES  ☐NO

50. Would you blame the defendant for having to attend a public hearing during the COVID-pandemic?   ☐YES  ☐NO

51. Are you willing to abide by any rules the Court instructs you to follow regarding social distancing during trial if you are selected as a juror?   ☐YES  ☐NO

52. Do you have any opposition to wearing a face mask during trial?   ☐YES  ☐NO

53. Do you have any concerns about the witnesses wearing a mask?   ☐YES  ☐NO   If YES, please explain:
_____
_____

54. How would you feel if the witnesses did not wear a mask when they testify?
_____
_____

55. Do you have any concerns about the witnesses not wearing a mask?   ☐YES  ☐NO   If YES, please explain:
_____
_____

56. Are you willing to notify the Court immediately if, during trial, you experience symptoms of COVID-19 or are exposed to anyone feeling ill?   ☐YES  ☐NO

57. Would you feel pressure to reach a verdict quickly to avoid exposure to COVID-19?   ☐YES  ☐NO

58. Would you be distracted during the presentation of evidence by a fear of contracting COVID-19?   ☐YES  ☐NO

59. Would you change your verdict to agree with others, or compromise with other jurors, in order to end deliberations faster so you could leave the courthouse sooner, based on any fear of COVID-19?   ☐YES  ☐NO

Juror Name

60. If you see a person wearing a mask in a public place, such as the grocery store, what are your thoughts about that person?

_____
_____

61. If you see a person in a public place and he or she is not wearing a mask, what are your thoughts about that person?

_____
_____

62. Should wearing a mask in public be something that is a personal choice?  ☐YES  ☐NO
Please explain:

_____
_____

63.  Have you recently experienced a change in your employment status?  ☐YES  ☐NO

64. If you have children, do you have arrangements for child care?  ☐YES  ☐NO  If YES, do you feel safe leaving your children in the care of others during the COVID-19 pandemic?

_____
_____

65. How do you feel about the current mandates concerning COVID-19?

_____
_____

66. Will you comply with the COVID-19 related mandates while in the courtroom and during the duration of trial?  ☐YES  ☐NO

67. Do you consider yourself at higher risk for contracting COVID-19, based on your job, or for any other reason?  ☐YES  ☐NO.  If YES, please explain:

_____
_____

68. Do you live with anyone who is at higher risk for contracting COVID-19, based on his or her job, or for any other reason?  ☐YES  ☐NO

_____
_____

Juror Name

**JUROR'S OATH**

I affirm under penalty of law that I have answered truthfully and completely all questions in this questionnaire. I further declare that I have completed this questionnaire without anyone's assistance.

Signature _____

_____
JUROR'S NAME (Please print)

DATE _____

Please use this space to complete any answers to questions in the questionnaire. Indicate the number of the question, before continuing with your full answer.