# FBI takes Española case where woman shot twice in head

By Edmundo Carrillo / Journal Staff Writer

Monday, May 7th, 2018 at 6:30pm

SANTA FE — The investigation of a shooting death in Española over the weekend has been handed over to the FBI.

The identity of a woman who was killed by two gunshot wounds to the head has not been released. The shooter told police he thought she was a burglar.

Monday evening, an FBI spokesman said the federal agency had arrested Douglas D. Smith, 68, in connection with the death. He is expected to have an initial appearance in U.S. District Court in Albuquerque on Tuesday.



Douglas Smith

Smith was initially charged with second-degree murder in Española Magistrate Court for shooting and killing the 36-year-old Española woman early Saturday morning at the motel Smith manages. On Monday, that charge was dropped by the Santa Fe District Attorney's Office, with the expectation that it be presented to a county grand jury and moved to District Court, according to a state court document.

But Española Police Chief Louis Carlos, a veteran of the Santa Fe Police Department who took over the Española chief's job over the weekend, said Monday that the case was transferred to the FBI because the woman who was killed was a Santa Clara Pueblo tribal member and because the shooting took place on tribal land.

According to an arrest warrant affidavit filed in state court, Española police were dispatched to the Western Winds Motel on North Riverside Drive around 1 a.m. Saturday. Smith said he shot and killed a woman who he thought was breaking into his mother's camper trailer.

The woman was later pronounced dead from two gunshot wounds in her forehead by the Office of the Medical Investigator. There were no weapons or burglary tools found near her, the affidavit says.

Smith said he was in bed when a motion sensor was triggered outside. He stepped onto his porch and "observed the shadow of a person attempting to hide behind bushes and staring at him near the door of his mother's camper trailer," the affidavit says. He said he got scared and began shooting toward the left of the camper.

"Mr. Smith stated that the shadow began running to the left after the first shot," the affidavit says. "Mr. Smith stated that he continued to shoot in the same general direction to scare off the person as he has done before."

**DEFENDANT'S EXHIBIT E**

Smith said he tried to reload his pistol but was too shaken up to do so and began searching the area. He later found the body and called police, he said. "Mr. Smith was advised that he was going to be under arrest for killing the unidentified female and he stated that he understood," the affidavit says.

Contact the writer.

## Auto Racing



**Hamilton won't rule out future move to Ferrari**
21 hrs ago

ADVERTISEMENT

**Hamilton seals easy 11th victory of F1 championship season**
23 hrs ago


**Hamilton says he's flattered by Ferrari's praise**
Nov. 30, 2019 11:47 AM EST


**F1: World champion Hamilton takes pole at Abu Dhabi GP**
Nov. 30, 2019 09:20 AM EST


**Latifi anticipates tough F1 debut with Williams next season**
Nov. 28, 2019 11:31 AM EST

## Support Local Journalism



### Sunday Home Delivery + Unlimited Digital Access

$ **12** /mo

- Access to the Albuquerque eJournal Print Replica
- Unlimited desktop + mobile access to ABQJournal.com

- Access Journal Rewards
- Includes EzPay

Subscribe

Other Offers

Already a subscriber? Sign In