40°



by: KRQE Media
Posted: May 6, 2018 / 05:34 PM MDT / Updated: May 8, 2018 / 06:38 AM MDT

An investigation into the murder of an Espanola woman is being turned over to the FBI.

Douglas Smith, 68, who police say shot her is claiming he was trying to scare off an intruder.

Officers say they found a 36-year-old woman dead in a neighborhood near North Riverside and Santa Cruz early Saturday morning.

According to the Santa Fe New Mexican, Smith called police about the shooting and told them he fired shots, trying to stop what he thought was a burglary outside of his home.

Police say the woman was shot in the head and died.

Officers say no burglary tools were found and Smith was arrested for second-degree murder.

He is currently behind bars awaiting a court appearance.

Police say the woman is a member of the Santa Clara Pueblo and the crime happened on pueblo land.

**DEFENDANT'S EXHIBIT G**

40°



FOLLOW US

NEWS APP

WEATHER APP

Live Stream   News   Weather   Roads/Traffic   Sports   Always On   ReportIt!   Contact Us   New Mexico Living Local   FOX New Mexico   New Mexico CW My50TV

13 Broadcast Pl SW, Albuquerque, NM, 87104 / Terms of Use / Privacy Policy / EEO PFR 2018-19 PDF / 2018-19 KASY, KWBQ, KRWB EEO PFR / EEO Files / FCC Public File KRQE / FCC Public File KBIM / FCC Public File KREZ / FCC Public File KWBQ / FCC Public File KASY / FCC Public File KRWB

© 1998 - 2019 Nexstar Broadcasting, Inc. | All Rights Reserved.