

Type to search, then press    LOGIN / SIGNUP

SHOWS   NEWS   LISTEN & CONNECT   CONTESTS   AROUND ABQ   SWEET DEALS
EPIC GUARANTEE

# FBI Assumes Espanola Murder Case

Posted on May 9, 2018

THE FBI HAS TAKEN OVER THE CASE OF A FATAL SHOOTING IN ESPANOLA. SIXTY-EIGHT YEAR OLD DOUGLAS SMITH HAS BEEN ARRESTED FOR ALLEGEDLY KILLING A 36 YEAR OLD WOMAN AT THE MOTEL THAT SMITH MANAGES. THE VICTIM'S NAME HASN'T BEEN RELEASED.

SMITH REPORTEDLY TOLD POLICE HE THOUGHT THE WOMAN WAS A BURGLAR. THE CASE WAS HANDED OVER TO THE FBI BECAUSE THE VICTIM WAS A MEMBER OF SANTA CLARA PUEBLO, AND THE SHOOTING HAPPENED ON TRIBAL LAND.

Filed Under: 1

▸RECOMMENDED

News Radio KKOB
96.3



DEFENDANT'S EXHIBIT H

MENU