CLOSINGS > 1 Active Closing or Delay (/closings/)

# FBI: Woman killed when man fires 'warning shots'



291

The Associated Press
May 08, 2018 12:52 PM

ALBUQUERQUE, N.M. (AP) - A northern New Mexico man who reportedly told authorities he fired late-night warning shots to scare off a suspected burglar is accused of second-degree murder in the death of a Native American woman.

A criminal complaint filed Tuesday in federal court in Albuquerque alleges Douglas D. Smith acted with "reckless disregard for human life" when he shot the woman, a resident of the Santa Clara Pueblo, outside his home in the Espanola area early Saturday morning.

**DEFENDANT'S EXHIBIT I**

The woman's name was not released but the complaint said she was a member of the Santa Clara Pueblo and that Smith is not Native American.

The FBI says Espanola police responded when Smith called 911 to report the shooting but federal officials took over the case because Smith's residence is within the pueblo's boundaries.

Court records don't list an attorney for Smith who could comment on the allegations.

 Recommend  Share

291

Credits

**The Associated Press**

Created: May 08, 2018 12:52 PM

Copyright 2018 The Associated Press. All rights reserved.

Comment on Facebook (https://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fwww%2Ekob%2Ecom%2Fnew%2Dmexic

Comment to KOB 4

 tips | pics | video

Share a News Tip, Story Idea, Photo, Video (http://www.kob.com/share4/)

SHARES

## Police Say To Carry This

Police say everyone should carry this new safety device that protects against attackers.

TrySafePersonalAlarm.com

Advertisement

Relay Media Amp



(/)

 (https://www.facebook.com/KOBTV)  (https://twitter.com/KOB4)  (http://www.linkedin.com/company/kob-tv)  (http://www.youtube.com/user/kobtv4)  (http://instagram.com/kobtv4)  (/rssFeeds/rss500.xml)  (/alerts/)  (/app/)  (/app/)

Contact Us (/contact/) | Public Files & EEO (/article/615/) | Careers (https://hubbardbroadcasting.com/our-company/working-here/?utm_source=kob) | Advertising (https://www.kobadvertising.com/)

FCC Public Inspection Files: (https://publicfiles.fcc.gov/tv-profile/kob) | KOB (https://publicfiles.fcc.gov/tv-profile/kob) | KOBF (https://publicfiles.fcc.gov/tv-profile/kobf) | KOBR (https://publicfiles.fcc.gov/tv-profile/kobr)
Any person with disabilities who needs help accessing the content of the FCC Public File may contact KOB via our online form or call 505-243-4411. (/contact/)

Privacy Policy (/pages/inside-kob/privacy-policy.shtml) | Terms of Use (/pages/inside-kob/terms-of-use.shtml) | DMCA Notice (/pages/inside-kob/dmca-notice.shtml) | Contest Rules (/pages/inside-kob/contest-rules.shtml) | Site Map (/pages/company/sitemap.shtml)

This website is not intended for users located within the European Economic Area.
© 2019 KOB-TV, LLC
A Hubbard Broadcasting Company

SHARES