☰ **ACTION NEWS 7**        Share   f   ⟁

**NOWCAST**      Watch on Demand ▶



**SIGN UP FOR THE POLITICS NEWSLETTER**     ✕
Local and national elections & political news, delivered to your inbox

| Your Email Address | ▮ |

Privacy Notice

Advertisement

# FBI: Woman killed when man fires 'warning shots'

KOAT ⟁
ACTION NEWS 7

Updated: 3:43 PM MDT May 8, 2018

Infinite Scroll Enabled ○

**Associated Press**



DEFENDANT'S
EXHIBIT

**J**



Share    

A northern New Mexico man who reportedly told authorities he fired late-night warning shots to scare off a suspected burglar is accused of second-degree murder in the death of a Native American woman.

A criminal complaint filed Tuesday in federal court in Albuquerque alleges Douglas D. Smith acted with "reckless disregard for human life" when he shot the woman, a resident of the Santa Clara Pueblo, outside his home in the Espanola area early Saturday morning.

The woman's name was not released but the complaint said she was a member of the Santa Clara Pueblo and that Smith is not Native American.

The FBI says Espanola police responded when Smith called 911 to report the shooting but that federal officials took over the case because Smith's residence is within the pueblo's boundaries.

Court records don't list an attorney for Smith who could comment on the allegations.

___

8:25 a.m.

The FBI says an Espanola man has been arrested in connection with the death of a Native American woman.

FBI spokesman Frank Fisher says the woman's body was found Saturday morning near an Espanola motel. Her identity was not released.

Fisher identified the man arrested as 68-year-old Douglas D. Smith but said no further information will be released until after Smith makes an initial appearance in U.S. District Court in Albuquerque.

Court records don't list an attorney for Smith who might comment on the allegations.

    Share    f    y

Advertisement

(Copyright 2018 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.)

## KOAT ALBUQUERQUE

