# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

        Plaintiff,                    No. CR 18-3495 JCH

vs.

**DOUGLAS D. SMITH**,

        Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR STATEWIDE JURY POOL AND SUPPLEMENTAL JURY QUESTIONNAIRE (DOC. 136)

The United States of America, pursuant to Fed. R. Crim. P. 45(b), moves the Court for an extension of time to respond to Defendant's Motion for Statewide Jury Pool and Supplemental Jury Questionnaire (Doc. 136), and as grounds therefor states as follows:

1. On December 16, 2020, Defendant filed a Motion for Statewide Jury Pool and Supplemental Jury Questionnaire (Doc. 136) (the "Motion"). The United States' response to the Motion is due on December 30, 2020. D.N.M.LR-Cr. 47.8(a).

2. Undersigned counsel requests an extension of time within which to respond to the Motion for the following reasons.

3. Undersigned counsel is engaged in preparing several new matters for consideration by the grand jury and is scheduled to be on annual leave from her office from December 24, 2020, through January 4, 2021.

4. Counsel requires sufficient time to address the legal issues raised by Defendant in order to adequately respond to the Motion. Due to counsel's aforementioned

case assignments and her scheduled annual leave, the United States will be unable to respond to the Defendant's Motion by the December 30, 2020 deadline.

5. Therefore, counsel respectfully requests a brief extension of time, up to and including Friday, January 15, 2021, within which to file the United States' response to the Defendant's Motion.

6. Counsel for Defendant, AFPD Aric Elsenheimer, was contacted and does not oppose this motion.

7. A proposed Order granting the requested extension will be forwarded to the Court for its convenience.

**WHEREFORE**, the United States respectfully requests that this Court enter an order granting the United States' request for an extension of time, up to and including Friday, January 15, 2021, within which to respond to the Defendant's Motion for Statewide Jury Pool and Supplemental Jury Questionnaire (Doc. 136).

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed on 12/16/2020*
    NOVALINE D. WILSON
    KYLE T. NAYBACK
    Assistant United States Attorneys
    Post Office Box 607
    Albuquerque, New Mexico  87102
    (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of this filing to be sent to counsel for Defendant.

*/s/*
NOVALINE D. WILSON
Assistant United States Attorney