IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

       Plaintiff,                      No. CR 18-3495 JCH

vs.

**DOUGLAS D. SMITH**,

       Defendant.

### ORDER EXTENDING GOVERNMENT'S TIME TO RESPOND TO MOTION FOR STATEWIDE JURY POOL AND SUPPLEMENTAL JURY QUESTIONNAIRE (DOC. 136)

**THIS MATTER** having come before the Court on the United States' unopposed motion for an extension of time, the Court being otherwise fully advised in the premises, finds the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion for Extension of Time to Respond to the Defendant's Motion for Statewide Jury Pool and Supplemental Jury Questionnaire (Doc. 136) is hereby GRANTED; the United States shall respond to the Motion by January 15, 2021.

_____
THE HONORABLE JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE