IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. CR 1:18-03495-001 JCH |
| DOUGLAS D. SMITH, | § § | |
| Defendant. | § § | |

### NOTICE OF LODGING OF VIDEO

TO THE ABOVE CAPTIONED COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Defendant, Douglas Smith, hereby gives notice that he is lodging a CD copy of the audio recording of the May 4, 2018 911 Call with the Court in connection with the hearing held on March 16, 2021. A CD copy of the May 4, 2018 911 Call will be delivered to the Court's Clerk's Office via our usual court run.

Dated: March 23, 2021

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

/s/ filed electronically on 3/23/21
ARIC G. ELSENHEIMER, AFPD
Attorney for Defendant