# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

DOUGLAS D. SMITH

*Defendant*

Case No. 18CR3495 JCH

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, <u>DOUGLAS D. SMITH</u>, Defendant, understand that I am scheduled for a <u>Status Conference</u> on <u>5/13/2021</u>.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: APRIL 13 2021

*Defendant's signature*

Date: April 15, 2021

*Signature of defendant's attorney*

Aric G. Elsenheimer
*Printed name of defendant's attorney*

aric_elsenheimer@fd.org
*Defendant's attorney's e-mail address*