# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

## Call of the Calendar

| | | | | | |
|---|---|---|---|---|---|
| CR No: | CR 18-3495; 19-1830; 20-1955; 21-299 JCH | USA vs. | Douglas Smith; Andre Maurx; Dominic Soto; Ricardo Nunez | | |
| Date: | 5/13/21 | Defendant: | | Interpreter: | n/a |
| Time In/Out: | 10:37 – 11:01 | Total Time: | 24 minutes | Hearing in: | remote - via Zoom |
| Clerk: | E. Romero | Court Reporter: | Paul Baca | Probation Officer: | |
| AUSA: | | | Defendant's Counsel: | | |

### PROCEEDINGS

Court in session; Court asks which cases are ready for trial:

CR 19-1830 Andre Maurx: - 4 minutes
Mr. Stanford for USA; Richard Pugh for Andre Maurx; Ready for trial however Mr. Pugh has scheduling conflict; Mr. Stanford responds and does not object to a continuance; Mr. Pugh will file a motion to continue.

CR 18-3495 Douglas Smith: - 12 minutes
Mr. Nayback and Novaline Wilson for USA; Aric Elsenheimer and Amanda Lavin for Douglas Smith; Mr. Elsenheimer states defense is prepared for trial to proceed on the June 14th trial date; Mr. Nayback responds and outlines witness conflicts; Evidentiary issue re: 911 call will be reviewed prior to trial; Mr. Nayback requests the DC Expert be permitted to appear via zoom; Court will permit if no objection by defense; Mr. Elsenheimer objects; Mr. Nayback outlines number of witnesses and estimated length of trial; Mr. Elsenheimer responds – believes trial can be completed in one week; Trial is scheduled for June 14, 2021. Parties discuss jury instructions. Trial documents will be filed as soon as possible by parties.

CR 20-1955 Dominic Soto – 4 minutes
Niki Tapia-Brito and Eva Fontanez for USA; D. Eric Hannum for Dominic Soto; Court outlines state of cases and will place this case on the July 26th trial docket; Mr. Hannum has a conflict; Court will get this matter set on a trial docket as soon as one is available and encourages the parties to keep talking and working toward resolution short of trial.

CR 21-299 Ricardo Nunez – 4 minutes
Stephen White for USA; Mr. Elsenheimer for Ricardo Alaron Nunez; Mr. Elsenheimer addresses Court and will file a motion to continue now that he has permission from Mr. Alarcon Nunez; Mr. White does not object to a continuance. Court encourages the parties to keep talking and working toward resolution short of trial.