# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. CR 1:18-3495-001 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| **DOUGLAS D. SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S WITNESS LIST

Mr. Douglas Smith, by and through undersigned counsel, Assistant Federal Public Defender Aric G. Elsenheimer, respectfully submits the following list of anticipated witnesses which may be called at trial and requests permission to amend such list to include additional witnesses as may become necessary prior to and during trial:

1. Ercelia Trujillo;

2. Karina Titus, Investigator;

3. Jude Wheat;

4.    Billie Wheat;

5.    Monique Feldmen;

6.    Deirdre Tafoya;

7.    Any witnesses identified in the Government's September 14, 2020 witness list (Doc. 119).

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

*Electronically filed May 13, 2021*
/s/ Aric G. Elsenheimer
Assistant Federal Public Defender

2