IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           No. CR 18-3495 JCH

DOUGLAS SMITH,

    Defendant.

## **TRIAL NOTICE**

**PLEASE TAKE NOTICE** that the above entitled action is hereby reset for **TRIAL** on _Monday, June 14, 2021 at 9:00 a.m_., before the Honorable Judith C. Herrera, at the Federal Courthouse, Mimbres Courtroom–4th Floor, 333 Lomas, N.W. , Albuquerque, New Mexico. Pretrial dates and deadlines are set forth in the table below:

| Event | Date/Deadline |
|---|---|
| Jury Selection/Jury Trial | June 14, 2021 |
| Motions in Limine | Monday, May 24, 2021 |
| Response to Motions in Limine | Wednesday, June 02, 2021 |

    Counsel are directed to comply with the Trial Preparation, Jury Instructions and Pretrial Deadlines set forth in the attachments.    This and other useful information may also be obtained by visiting the Honorable Judith C. Herrera's Chambers Page: www.nmcourt.fed.us.

                                              /s/
                                        MITCHELL R. ELFERS
                                        Clerk of Court

For Inquiries regarding this notice please call Courtroom Deputy to Judge Herrera at 505-348-2396.