IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 18-03495 JCH |
| | ) |
| **DOUGLAS D. SMITH**, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' AMENDED EXHIBIT LIST

The United States respectfully submits the following list of anticipated exhibits which may be used at trial and requests permission to amend such list to include additional exhibits as may become necessary prior to and during trial.

1. Photograph of M.G.'s face showing injuries after cleaning – Bates 781

2. Photograph of missile fragment from right brain – Bates 724

3. Photograph of gunshot entry (close up) – Bates 710

4. Photograph of missile fragment retrieved from M.G. – Bates 726

5. Photograph of white shed, trees, and camper trailer from yard – Bates 2634

6. Photograph of camper trailer from yard – Bates 2635

7. Photograph of yard area and patio area – Bates 2636

8. Photograph of white shed, trees, and camper trailer from porch area – Bates 2637

9. Photograph of trees, camper trailer, and open gate from porch area – Bates 2638

10. Photograph of camper trailer, open gate, and side porch wall from porch area Bates 2639

11. Photograph of porch door – Bates 2640

12. Photograph of step of porch door – Bates 2641

13. Photograph of white shed, trees, yard area, and camper trailer – Bates 2642

14. Photograph from camper trailer looking at porch area – Bates 2643

15. Photograph of trees between yard and Motel rooms with red car – Bates 2644

16. Photograph of motel and metal shed – Bates 2645

17. Photograph of camper trailer corner and metal shed – Bates 2646

18. Photograph of porch door and trees from the front gate area – Bates 2647

19. Photograph of trees between yard, fence, and camper trailer – Bates 2648

20. Photograph of Motel with private property sign – Bates 979

21. Photograph of Motel with sign and fence – Bates 980

22. Photograph of door of room #6 at Motel – Bates 1029

23. Photograph of side gate with sign – Bates 1030

24. Photograph of Motel with address number – Bates 1037

25. Photograph of bullet hole in trailer marked H1 – Bates 1331

26. Photograph of bullet hole in trailer marked H1 (close up) – Bates 1333

27. Photograph of metal shed with bullet hole – Bates 1163

28. Photograph of bullet hole marked H2 – Bates 1165

29. Photograph of bullet impact in metal shed marked I1 – Bates 1179

30. Photograph of bullet hole in television marked I1 (close up) – Bates 1184

31. Photograph of Defendant's yard facing Motel rooms – Bates 1376

32. Photograph of Defendant's yard with wooden shed – Bates 1413

33. Defendant's Miranda Waiver for May 5, 2018 statement to EPD Detective Byron Abeyta – Bates 33

34. Redacted recording of Defendant's May 5, 2018 statement to EPD Detective Byron Abeyta

35. Redacted Transcript of recording of Defendant's May 5, 2018 statement to EPD Detective Byron Abeyta

36. Diagram Defendant drew in May 5, 2018 interview with Detective Abeyta – Bates 730

37. Photograph of Motel from street with M.G. – Bates 78

38. Photograph of M.G. with light and trailer – Bates 84

39. Photograph of trailer side view – Bates 89

40. Photograph of front gate – Bates 92

41. Photograph of Defendant's front yard – Bates 95

42. Photograph of Defendant's front door area – Bates 96

43. Photograph of gun marked #1 – Bates 100

44. Photograph of two spent bullets marked #2 and #3 (close up) – Bates 102

45. Photograph of spent bullet marked #4 – Bates 116

46. Photograph of spent bullet marked #5 – Bates 117

47. Photograph of M.G. – Bates 105

48. Photograph showing blood loss – Bates 111

49. Photograph showing injury – Bates 112

50. Photograph showing injury to face – Bates 114

51. Photograph showing injury to forehead – Bates 115

52. Photograph of trailer and blood stain – Bates 136

53. Photograph of trailer and front yard – Bates 137

54. Photograph of bullet hole in trailer (close up) – Bates 124

55. Photograph of bullet hole – Bates 125

56. Photograph of metal shed behind trailer in background – Bates 127

57. Photograph of bullet hole in metal shed (close up) – Bates 130

58. Photograph of M.G. at the scene – Bates 624

59. Photograph of M.G. and foliage – Bates 634

60. Photograph of M.G. and blood stain – Bates 643

61. Photograph of Motel rooms front view – Bates 657

62. Defendant's *Miranda* Waiver for May 7, 2018 statement to FBI agents – Bates 2

63. Diagram Defendant drew in May 7, 2018 interview with FBI agents – Bates 7

64. Pueblo of Santa Clara enrollment letter for M.G. – Bates 2679

65. Pueblo of Taos non-enrollment certificate for Defendant – Bates 2675

66. Aerial photograph of highway, KFC, and Western Winds Motel – Bates 2649

67. Aerial photograph of KFC and Western Winds Motel – Bates 2650

68. Aerial photograph of Western Winds Motel – Bates 2651

69. Aerial photograph of Western Winds Motel with cars in the yard– Bates 2652

70. Aerial photograph of Western Winds Motel between the office and rooms – Bates 2653

71. Aerial photograph of Western Winds Motel, highway on the right and KFC – Bates 2654

72. Aerial photograph of Western Winds Motel all rooms, office and parking lots– Bates 2655

73. Aerial photograph showing close up of yard, camper trailer, and driveway– Bates 2656

74. Aerial photograph Western Winds Motel with parking lot – Bates 2657

75. Trajectory diagram – Bates 1469

    Respectfully submitted,

    FRED J FEDERICI
    Acting United States Attorney

    *Electronically filed on 06/07/21*
    NOVALINE D. WILSON
    KYLE T. NAYBACK
    Assistant United States Attorneys
    Post Office Box 607
    Albuquerque, New Mexico  87102
    (505) 224-1419

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

 /s/
NOVALINE D. WILSON
Assistant United States Attorney