IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.  18-03495 JCH |
| ) | |
| **DOUGLAS D. SMITH**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' AMENDED WITNESS LIST

The United States respectfully submits the following list of anticipated witnesses which may be called at trial and requests permission to amend such list to include additional witnesses as may become necessary prior to and during trial:

1. Española Police Department Detective Byron Abeyta

2. Federal Bureau of Investigation (FBI) Special Agent Travis Taylor

3. Field Deputy Medical Investigator Lynne Gudes

4. Matthew Cain, M.D.

5. FBI Photographer Tammy Peter

6. FBI Special Agent Bryan Acee

7. FBI Physical Scientist/Forensic Examiner Theodore Chavez

8. FBI Photographer Nathan Schwabedissen

9. Geraldine Gutierrez, Santa Clara Pueblo Enrollment Technician

10. Derek Delacruz

11. Daniel Smith

2

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*Electronically filed on 06/07/21*
NOVALINE D. WILSON
KYLE T. NAYBACK
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 224-1419

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court using
the CM/ECF system, which will cause a copy of
this filing to be sent to counsel for Defendant.

 /s/
NOVALINE D. WILSON
Assistant United States Attorney