IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | Case No. 18-CR-3495 JCH |
| ) | |
| **vs.** ) | |
| ) | |
| **DOUGLAS D. SMITH,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S AMENDED WITNESS LIST**

Mr. Douglas Smith, by and through undersigned counsel, Assistant Federal Public Defender Aric G. Elsenheimer, respectfully submits the following list of anticipated witnesses which may be called at trial and requests permission to amend such list to include additional witnesses as may become necessary prior to and during trial:

1. Ercelia Trujillo;

2. Karina Titus, Investigator;

3. Jude Wheat;

4.  Billie Wheat;

5.  Monique Feldmen;

6.  Deirdre Tafoya;

7.  Officer Rael;

8.  Any witnesses identified in the Government's September 14, 2020 witness list (Doc. 119) or Amended witness list filed on June 7, 2021 (Doc. 177).

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed June 7, 2021*
/s/ Aric G. Elsenheimer
Assistant Federal Public Defender