IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 1:18-CR-3495-001 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| **DOUGLAS D. SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SECOND AMENDED EXHIBIT LIST

Mr. Douglas Smith, by and through undersigned counsel, Assistant Federal Public Defender Aric G. Elsenheimer, respectfully submits the following list of anticipated Exhibits which may be submitted at trial and requests permission to amend such list to include additional exhibits as may become necessary prior to and during trial:

**Exhibits A1-A3**: General photographs/maps to show location and positioning.

    A1—Google Earth Map image of Doug Smith's house
    A2—Google Earth Map image of Doug Smith's house

**Exhibit B1-B9:** Photographs of Mr. Smith's property taken in

Spring/Summer 2018;

    B1—Front of Western Winds Motel, BN 657;
    B2—E.T.'s apartment;
    B3—From E.T.'s Apartment;
    B4—Yard and driveway;
    B5—Yard and trailer;
    B6—Trailer and car;
    B7—Wood pile;
    B8 — Foliage;
    B9 — Foliage;
    B10 – Foliage
    B11 – Night photo of porch;
    B12 – From porch;
    B13 — Porch
    B14 — Porch
    B15 — View of yard from porch.
    B16—Trailer side view
    B17—Trailer side view
    B18—View front – police on scene
    B19—View patio
    B20---View front sign

    **C1-C9** – Officer Rael's lapel video images and Detective Abeyta

Photos;

    C1 – Gun and Darkness
    C2 – Trailer in darkness;
    C3 – Abeyta photo of trailer;
    C4 – Abeyta photo of trailer door;
    C5 – House sweep;
    C6 - Darkness around trailer;
    C7 – Darkness;
    C8 – Darkness;
    C9 – Foliage in the darkness;
    C10-Front of Doug Smith's house on morning of 5/5/18

**Exhibit D1-D5**—Photographs of markings on tree at southwest corner of Mr. Smith's courtyard.

Any exhibit listed in the Government's exhibit list filed on September 14, 2020 (Doc. 120) and amended exhibit list filed on June 7, 2021 (Doc. 176).

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org
amanda_lavin@fd.org

*Electronically filed June 7, 2021*
/s/ Amanda R. Lavin
/s/ Aric G. Elsenheimer
Assistant Federal Public Defenders