# UNITED STATES DISTRICT COURT
### District of New Mexico

## UNITED STATES OF AMERICA vs. Douglas Smith
## CR 18-3494JCH

| | | EXHIBIT AND WITNESS LIST | | | | |
|---|---|---|---|---|---|---|
| Plaintiff's Counsel: | | Kyle Nayback & Novaline Wilson | | Defendant's Counsel: | Aric Elsenheimer & Amanda Lavin | |
| Date: | | June 14, 2021 | Clerk: | V. Loman | Court Reporter: | Paul Baca |

| Plf. No. | Def. No. | Date Offered | Joint | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| x | | 6/15/21 | | | | **Dr. Matthew Cain** |
| 1 | | 6/15/21 | | x | x | Photograph of M.G.'s face |
| 2 | | 6/15/21 | | x | x | Photograph of bullet fragment |
| 3 | | 6/15/21 | | x | x | Photograph of gunshot entry wound |
| 4 | | 6/15/21 | | x | x | Photograph of bullet fragment |
| x | | 6/15/21 | | | | **Daniel Smith** |
| x | | 6/15/21 | | | | **Geraldine Gutierrez** |
| 64 | | 6/15/21 | | x | x | Certificate of tribal enrollment for M.G. |
| x | | 6/15/21 | | | | **Lynne Gudes** |
| 58 | | 6/15/21 | | x | x | Photograph of M.G. at the scene |
| 59 | | 6/15/21 | | x | x | Photograph of M.G. at scene with foliage |
| 60 | | 6/15/21 | | x | x | Photograph of M.G. and blood stain |
| 61 | | 6/15/21 | | x | x | Photograph of motel toward west |
| | B18 | 6/15/21 | | x | x | Photograph of police vehicles |
| | B19 | 6/15/21 | | x | x | Photograph of shed |
| | B20 | 6/15/21 | | x | x | Photograph Western Winds Motel sign |
| x | | 6/15/21 | | | | **Tammy Peter** |
| 5 | | 6/15/21 | | x | X | Photograph of trailer |
| 6 | | 6/15/21 | | X | X | Photograph of trailer from yard |
| 7 | | 6/15/21 | | X | X | Photograph looking to north of yard and front door to residence |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | | 6/15/21 | | X | X | Photograph of shed |
| 9 | | 6/15/21 | | X | X | Photograph of yard and gate |
| 10 | | 6/15/21 | | X | X | Photograph of yard and gate |
| 11 | | 6/15/21 | | X | X | Photograph of front door of residence |
| 12 | | 6/15/21 | | X | X | Photograph of steps and patio |
| 13 | | 6/15/21 | | X | X | Photograph of vantage to south |
| 14 | | 6/15/21 | | X | X | Photograph from trailer pointing to residence |
| 15 | | 6/15/21 | | X | X | Photograph of door to residence and foliage and red vehicle |
| 16 | | 6/15/21 | | X | X | Photograph pointed to south of motel and foliage |
| 17 | | 6/15/21 | | X | X | Photograph to west of carport |
| 18 | | 6/15/21 | | X | X | Photograph of residence from outside fence line |
| 19 | | 6/15/21 | | X | X | Photograph of part of residence, fence area, and area between trailer and fence |
| 20 | | 6/15/21 | | X | X | Photograph of east of motel, the private property sign |
| 21 | | 6/15/21 | | X | X | Photograph of red car and gate |
| 22 | | 6/15/21 | | X | X | Photograph of motel facing street |
| 23 | | 6/15/21 | | X | X | Photograph of gate |
| 24 | | 6/15/21 | | X | X | Photograph of entry point to motel and closed sign |
| 25 | | 6/15/21 | | X | X | Photograph of impact |
| 26 | | 6/15/21 | | X | X | Photograph of close-up of impact point |
| 27 | | 6/15/21 | | X | X | Photograph of impact point on shed |
| 28 | | 6/15/21 | | X | x | Photograph of close-up of impact point in shed |
| 29 | | 6/15/21 | | X | X | Photograph of T.V. |
| 30 | | 6/15/21 | | X | X | Photograph of close-up of Ex. 29 |
| 31 | | 6/15/21 | | X | X | Photograph of shed and yard |
| 32 | | 6/15/21 | | x | X | Photograph of shed with second impact point |
| x | | 6/15/21 | | | | **Nathan Schwabedissen** |
| 66 | | 6/15/21 | | X | x | Aerial photograph of motel, Pizza 9 |
| 67 | | 6/15/21 | | X | x | Aerial photograph of KFC |
| 68 | | 6/15/21 | | X | x | Aerial photograph of parking lot of KFC and Western Winds sign |

| 69 | | 6/15/21 | | X | x | Aerial photograph of KFC, Riverside east of motel |
|---|---|---|---|---|---|---|
| 70 | | 6/15/21 | | X | x | Aerial photograph from south end of motel, vehicles parked in back, and KFC parking lot |
| 71 | | 6/15/21 | | X | x | Aerial photograph of Riverside Drive, KFC at bottom, two buildings on western sides |
| 72 | | 6/15/21 | | X | x | Aerial photograph of motel with person |
| 73 | | 6/15/21 | | X | x | Aerial photograph from south end of motel, north/south building of motel, tree behind north/south building, and vehicles |
| 74 | | 6/15/21 | | x | x | Aerial photograph from southeast of property with Riverside Drive to bottom right of photo, KFC lot on bottom left |
| x | | 6/16/21 | | | | **Detective Byron Abeyta** |
| 33 | | 6/16/21 | | x | x | Miranda warning form |
| 34 | | 6/16/21 | | x | x | Recording of interview with Mr. Smith |
| 35 | | 6/16/21 | | x | x | Transcript of recording |
| 36 | | 6/16/21 | | x | x | Drawing Mr. Smith created during interview |
| 37 | | 6/16/21 | | x | x | Photograph of motel |
| 38 | | 6/16/21 | | x | x | Photograph of M.G. |
| 39 | | 6/16/21 | | x | x | Photograph of camper trailer |
| 40 | | 6/16/21 | | x | x | Photograph of door to residence, gun, and fence |
| 41 | | 6/16/21 | | x | x | Photograph of closer view of fence to residence and back porch |
| 42 | | 6/16/21 | | x | x | Photograph of back door to residence |
| 43 | | 6/16/21 | | x | x | Photograph of Luger handgun |
| 44 | | 6/16/21 | | x | x | Photograph of spent shell casings |
| 45 | | 6/16/21 | | x | x | Photograph of spent shell casing and evidence tag 4 |
| 46 | | 6/16/21 | | x | x | Photograph of evidence tag 5 and spent casing |
| 47 | | 6/16/21 | | x | x | Photograph of M.G. and pooled blood |
| 48 | | 6/16/21 | | x | x | Photograph of close-up of blood |
| 49 | | 6/16/21 | | x | x | Photograph of M.G. close-up of face |
| 50 | | 6/16/21 | | x | x | Photograph of M.G. close-up of face with forehead wound |
| 52 | | 6/16/21 | | x | x | Photograph of blood and camper trailer |
| 53 | | 6/16/21 | | x | x | Photograph of back of residence and camper trailer |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | | 6/16/21 | | x | x | Photograph of bullet mark on camper |
| 55 | | 6/16/21 | | x | x | Photograph of camper trailer zoomed out with bullet hole |
| 56 | | 6/16/21 | | x | x | Photograph of angle from impact round on trailer to metal shed |
| 57 | | 6/16/21 | | x | x | Photograph of impact round next to lock in metal shed |
| x | | 6/16/21 | | | | **Travis Taylor** |
| 63 | | 6/16/21 | | X | X | Diagram |
| 62 | | 6/16/21 | | x | x | *Miranda* warning form |
| x | | 6/16/21 | | | | **Theodore Chavez** |
| 75 | | 6/16/21 | | X | X | Trajectory graphic |
| x | | 6/16/21 | | | | **Bryan Acee** |
| | x | 6/16/21 | | | | **Ercilia Trujillo** |
| | x | 6/16/21 | | | | **Billie Wheat** |
| | x | 6/16/21 | | | | **Mary Jude Wheat** |
| | x | 6/17/21 | | | | **Douglas Smith** |
| | A1 | 6/17/21 | | X | x | Photograph of motel property |
| | A2 | 6/17/21 | | X | x | Photograph of motel property |
| | B1 | 6/17/21 | | x | x | Photograph of motel |
| | B2 | 6/17/21 | | x | x | Photograph of motel and red car |
| | B3 | 6/17/21 | | x | x | Photograph of main parking lot for units 7-12, shed, car |
| | B4 | 6/17/21 | | x | x | Photograph of camper trailer |
| | B5 | 6/17/21 | | x | x | Photograph |
| | B6 | 6/17/21 | | x | x | Photograph |
| | B7 | 6/17/21 | | x | x | Photograph of woodpile |
| | B8 | 6/17/21 | | x | x | Photograph of backyard |
| | B9 | 6/17/21 | | x | x | Photograph |
| | B10 | 6/17/21 | | x | x | Photograph |
| | B11 | 6/17/21 | | x | x | Photograph of gate and fence and back door |
| | B12 | 6/17/21 | | x | x | Photograph of back porch |
| | B13 | 6/17/21 | | x | x | Photograph |
| | B14 | 6/17/21 | | x | x | Photograph |

| | | | | | | |
|---|---|---|---|---|---|---|
| | B15 | 6/17/21 | | x | x | Photograph |
| | B16 | 6/17/21 | | x | x | Photograph |
| | B17 | 6/17/21 | | x | x | Photograph of trailer |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |