IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                                        No. CR 18-3495 JCH

DOUGLAS SMITH,

        Defendant.

## NOTE FROM THE JURY

YOUR HONOR:

_We have a verdict_

DATED AT ALBUQUERQUE ON _06/18/2021_

TIME: _10:15am_

                                                      SIGNATURE OF FOREPERSON