IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     No. 18-cr-3495 JCH

DOUGLAS D. SMITH

    Defendant.

## VERDICT

    WE, THE JURY, find the defendant, **DOUGLAS D. SMITH**, __Not Guilty__
                                                                                                 (*Guilty* or *Not Guilty*)

of Second Degree Murder as charged in the Indictment.

    [*If you unanimously find the Defendant guilty of second degree murder, as charged in the Indictment, then you are instructed to stop your deliberations and the foreperson should sign and date this verdict form and return it to the Court.*

    *If you unanimously find the Defendant not guilty of second degree murder, or you cannot unanimously agree on a verdict for second degree murder, go on to consider the lesser included offense of involuntary manslaughter.*]

    WE, THE JURY, find the defendant, **DOUGLAS D. SMITH**, __Guilty__
                                                                                                 (*Guilty* or *Not Guilty*)

of involuntary manslaughter, a lesser included offense of the charge in the Indictment.

                                                                      DATED this __18__ day of June, 2021.

                                                                                      FOREPERSON