IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                        CR 18-3495 JCH

DOUGLAS SMITH,

    Defendant.

## RECEIPT FOR EXHIBITS

**EXHIBITS RETURNED TO PARTIES AT END OF TRIAL:**

Received by: _____  Date: 6/21/2021
             COUNSEL FOR PLAINTIFF

Received by: _____  Date: 06/23/2021
             COUNSEL FOR DEFENDANT

_____
COURTROOM DEPUTY/LAW CLERK

**By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.**