IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 1:18-03495-001 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS D. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE OBJECTIONS TO
<u>PRESENTENCE REPORT AND SENTENCING MEMORANDUM</u>**
[Docs. 207]

Douglas D. Smith, by and through undersigned counsel Aric G. Elsenheimer, moves the Court to extend the deadline for filing his objections to the presentence report and sentencing memorandum until December 3, 2021. In support of this motion, Mr. Smith states:

1. The current deadline to file his objections to the presentence report and sentencing memorandum is November 12, 2021. Mr. Smith requests that the Court extend the current deadline by three weeks, until December 3, 2021. Mr. Smith requires

additional time to review the PSR, submit objections, and prepare a sentencing memorandum.

2.  Counsel for the government, Novaline Wilson does not oppose this motion.

WHEREFORE, Mr. Smith, by and through undersigned counsel, respectfully requests that this Court extend the deadlines as discussed above.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

*Electronically filed November 2, 2021*
/s/ Aric G. Elsenheimer
Assistant Federal Public Defender

2