IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.   CR 1:18-03495-001 JCH |
| DOUGLAS D. SMITH, | § § § | |
| Defendant. | § § | |

## Supplement to Douglas Smith's sentencing memorandum

Douglas Smith, by and through undersigned counsel Aric G. Elsenheimer and Amanda R. Lavin, submits the attached letters in support of his sentencing.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(5050 346-2494 Fax
aric_elsenheimer@fd.org
amanda_laving@fd.org

/s/ Electronically filed on 9/8/22
ARIC G. ELSENHEIMER, AFPD
AMANDA R. LAVIN, AFPD
Attorneys for Defendant