Billie and Judy Wheat
2360 Manzano Lp NE | Rio Rancho, NM, 87144 | bnjwheat@gmail.com

September 1, 2022

Aric G. Elsenheimer
Assistant Federal Public Defender
111 Lomas Blvd., NW
Suite 501, Albuquerque, NM 87102

Dear Mr. Elsenheimer,

This letter is in support for Mr. Douglas Dunn Smith.

We have known Mr. Smith since 1967. Judy was his classmate at Espanola High School. Billie attended a nearby high school, Pojoaque, and had mutual friends with Mr. Smith in the Espanola high school. We grew up in Espanola together and socialized during those early years. We went our separate ways after high school but we all came back to Espanola. Judy and I married, I began work at Los Alamos National Laboratory and she began work in the Espanola School System. Mr. Smith returned from a job in Arizona to help his mother run their motel business, the Western Winds Motel.

Mr. Smith is humble and has always had a quiet demeanor with a humorous and quick wit. He is, what some would say, a "homebody." We never knew of anybody who didn't like him. Mr. Smith was a good friend to us, as was his whole family.

Although Mr. Smith never had much money (he currently relies on only Social Security), he would help others who needed it as the best he could. The latest example is Mr. Smith helping Ercilia Trujillo and her son, Patrick Martinez, by letting them live in two rooms at the motel. As I understand it, he lets Mrs Trujillo and Mr. Martinez pay only what they can afford.

Over the years, Espanola has been changing for the worst. As a result, twenty-three years ago, Judy retired from the school system and we moved to Rio Rancho; I commuted to work in Los Alamos until I retired 5 years later. Mr. Smith continued to run the motel till his Mother's death. He has since closed the motel and lives there. He never ventures far from Espanola, even before his probation.

Mr Smith is humble, quiet and a joy to be with. He is one who never looks for trouble; however, trouble came to him.

If you have any questions, please feel free to contact us.

Sincerely,

*Billie M Wheat & Judy Wheat*

Billie and Judy Wheat
(505) 288-8240
bnjwheat@gmail.com

Letter of support for my brother Douglas Smith:

On May 5 2018 life changed for us here in Espanola, where my brother accidentally shot a homeless girl that was invading our space here at the Western Winds Motel. She was yelling and making rude remarks and trying to break in to the motel. My brother was armed and shot towards her, hitting her and killing her by mistake. My brother was acting in a defensive mood and ended up hitting her. He had no intensions of striking her but that is what happened. He called the police and was later arrested for her shooting. I was unaware of what happened until the next day when I saw all the police tape around the scene. I later found out what had happen at a car show in Chimayo. Since this time we have be waiting to see what happens after the trail and everything that went along with this incident.

We live in the middle of Espanola on around 3 acres with various buildings and of course the motel. There are all kinds of homeless people roaming around. Doug is are protector when I am not home. I have a part time job and have classic cars and am into going to shows out of town all the time. If Doug was not here to watch over this place we would get broken into all the time. These people are always behind the neighbors strip mall hanging out looking over here with bad intent. Even when we are here we have to keep an eye on things.

So if things go bad for my brother I am not sure just what will happen around here. Hopefully he will be setup with a monitoring type of bracelet, even though he does not really need on as he stays around the motel. The only place he goes it to the store and the post office. He doesn't drink of do drugs of any kind and is respectful of every one he come in contact with. He is definitely a changed man for the good.

I am not sure just what else to say, except for he was trying to protect his property and he gets railroaded and the hoodlums go free.

Thanks

Daniel Smith
spydrman57@windstream.net

P.O. Box 711
Espanola, NM 87532

August 31, 2022

Aric G. Elsenheimer
Assistant Federal Public Defender
111 Lomas Boulevard, N.W., Suite 501
Albuquerque, New Mexico 87102

Dear Mr. Elsenheimer:

I am Diedre D. Tafoya, Douglas D. Smith's first cousin. Our mothers were sisters. We grew up in Santa Fe, New Mexico.

As children we spent a lot of time together at each other's homes. Our mothers were very close, always getting together. As a child Doug was kind and caring. He was second eldest of four brothers.

Around 1958 my Aunt Susie and Uncle Bill Smith moved to Hernandez, New Mexico. We all still got together often with us going there and with them coming to Santa Fe.

Around 1965 my aunt and uncle bought a small motel in Espanola. My aunt and uncle later on divorced, and he moved away. With that Doug stepped up to help my Aunt Susie run the motel. They could not afford repairmen so Doug had to learn to work on washers, dryers, all plumbing, gas, electrical and roof repairs. They worked together each day to make ends meet.

As my Mother and Aunt Susie got older and did not drive out of town anymore, they talked on the phone a lot. My Aunt would tell Mother that she could not have been able to run the place without Doug. She always said he was her right hand. She said he was always willing to tackle and learn anything.

I would drive Mother to see her sister and Doug would greet us with his welcoming smile and enjoyed the visits. Doug has always been kind and caring, living a very frugal, simple lifestyle. He enjoys nature and feeding the birds. He tells me about different kinds of birds he sees. He makes homemade bread, sharing it with the birds.

Doug says his prayers and faith in God are most important in life.

Sincerely,

Diedre D. Tafoya