IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.   CR 1:18-03495-001 JCH |
| DOUGLAS D. SMITH, | § § § | |
| Defendant. | § § | |

**Second supplement to Douglas Smith's sentencing memorandum**

Douglas Smith, by and through undersigned counsel Aric G. Elsenheimer, submits the attached letters in support of his sentencing.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    111 Lomas Blvd., NW, Suite 501
    Albuquerque, NM 87102
    (505) 346-2489
    (5050 346-2494 Fax
    aric_elsenheimer@fd.org

    /s/ *Electronically filed on 9/12/22*
    ARIC G. ELSENHEIMER, AFPD
    Attorney for Defendant