September 2, 2022

Douglas Smith is my husband's first cousin... so he is my cousin. I have known Douglas as someone who created his own peaceful world in Española. He baked bread. He made lamb stew. He is an incredible artist. I am the fortunate recipient of a beautiful carved wood sculpture which he created.

Douglas called me numerous times, because I am an attorney, trying to find help for people he knew. I remember him trying to find help for a veteran trying to get disability. Douglas has a big heart.

Douglas didn't ask for his peaceful world to be shattered. He didn't set in motion the events that lead to their tragic conclusion. I do know that he has not had a peaceful moment since that terrible night.

The years that have passed have been a private hell for him and a difficult period of time for him and those who care about him.

I hope you will consider the time he has spent under this ominous cloud when you consider what lies ahead for him.

Sincerely,
Monique Veldman

9/8/2022

820 North Riverside Drive

Espanola NM, 87532

To whom it may concern,

I, Patrick D. Martinez, have lived at 820 North Riverside Drive for approximately 10 years or more. I leased a home from Sun Valley Music stores for about six years. Sun Valley Music store was across the street from western winds motel. Sun Valley music sold musical instruments, pianos, violins, and other instruments that were needed by the high school and junior high school as well as students that needed musical instruments. The owner Roy Montoya was a teacher at the Espanola high school who taught music to students. He lived in La Mesilla with his wife and two children for approximately 15 years. I was leasing a small house behind Sun Valley Music and worked for Mr. Montoya for about six years. The house I leased was a three-bedroom house with a big yard and I paid $200 a month plus worked eight days out of the month for Mr. Montoya.

The reason I moved out was because Mr. Montoya became a heavy drinker which caused problems for our work relationship. One day he approached me drunk and told me he was going to let a homeless drunk live in the backyard. This action caused me to move out. At the time I contacted Mr. Smith and Mrs. Smith from the Western Winds Hotel about leasing a room. Mrs. Smith let me stay in room seven till other rooms became available for me to use. I began going to New Mexico Community College for basic courses. My primary goal was to get an associate in electrical. I started taking electrical classes in the fall in hopes to get into electrical and mechanical engineering.

In the fall of 2014 my mothers house caught fire and burnt. The damage was severe and non-livable. I then asked Mr. Doug Smith if my mother and brother could move in until we were able to find housing that was compatible for her. After a few months I decided I would move to another location because the restaurant right next to where I was staying had too much commotion going on, which made it impossible for me to focus on my education. Approximately three months later my younger brother was found dead in the entryway of his apartment. The death of my brother affected me so drastically that it led me to have to be hospitalized. After a couple weeks I was released home not knowing that I was still sick. I fell and had to be taken to Lovelace hospital located in Albuquerque. Well at Lovelace I fell and hit my head on a steel center mass. I was moved to a rehab center called Northern Heights and because of my condition I had to be moved to a different rehab called sky city. Well at sky city I was given medications that were not mine, which caused me to overdose. I was given Narcan to revive me twice. I was then moved to the VA hospital.

After the VA I was moved to Rio Rancho Center another Rehab for six months until I could walk with a walker on my own. After I was released I came back home to find out that Mr. Smith had been charged with assault charges. I had my apartment that I was paying $600 a month and because I was no longer getting funds to go to school I could no longer afford the apartment. The landlord was not the person I expected him to be, I thought he was my friend. I found out that he was going into my room when I was out and would go through my things. My privacy was violated by him, I was very upset when I realized a lot of my things were all of a sudden missing.

Being that my mother was all alone, I decided to move back in at West Winds Hotel to keep an eye on her. In the meantime, Mr. Smith was held in Belen in a work farm for about six months. My mother and I took care of the Motel well when he was away. Upon his arrival I questioned what had happened to him and he told me he had been accused of murder, knowing Douglas Smith I found this to be unrighteous. I could not figure out how the law could actually accuse him of such a terrible account such as murder. Mr. Smith was a very humble person who didn't bother anybody and just kept to himself. His only virtue in life was to fix and repair the hotel and the six little munchkins that followed him around wherever he went. His life was based around the motel and his six little chihuahuas. At the time of the incident I was not there but I have known Mr. Smith for about ten to eleven years.

With this closing statement I find that the law is wrong in accusing Mr. Doug Smith of hurting that woman that was breaking into his own property. He was just trying to protect his property and from my understanding was just trying to scare whoever was there away, not physically hurt them.

Sincerely,

Patrick Martinez