

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

November 29, 2022

*Via Notice of Electronic Filing*
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

    Re: USA v. Smith   CR 18-3495 JCH

Dear Mr. Wolpert:

    A Notice of Appeal was filed in the above referenced case. The attached preliminary record consists of the Notice of Appeal filed November 28, 2022, Clerk's Minutes filed, November 10, 2022, Judgment filed, November 17, 2022, and a copy of the docket entries.

    The docket and appeal fee has been:

☐    Paid

☐    Paid in part

☐    Not paid

☒    Waived

    Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

    Sincerely,

    MITCHELL R. ELFERS
    Clerk of Court

    By: Gene Rael
    Deputy Clerk