**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 13, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DOUGLAS D. SMITH,

Defendant - Appellant.

No. 22-2142
(D.C. No. 1:18-CR-03495-JCH-1)
(D. N.M.)

_____

**ORDER**

_____

Before **HOLMES**, Chief Circuit Judge.

_____

This matter is before the Court on Appellant's Motion to Continue Appointment.

Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal

Public Defender for the District of New Mexico is appointed as counsel of record to

represent the appellant Douglas D. Smith. This appointment is effective *nunc pro tunc* to

the date the notice of appeal was filed in this matter.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                          Jane K. Castro
Clerk of Court                                                                Chief Deputy Clerk

December 13, 2022

Mr. Aric Grant Elsenheimer
Office of the Federal Public Defender
District of New Mexico
506 South Main Street, Suite 400
Las Cruces, NM 88001

    **RE:**    **22-2142, United States v. Smith**
            Dist/Ag docket: 1:18-CR-03495-JCH-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act,
18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced
appeal. If an adverse decision is rendered you must advise your client of the right to seek
review of this court's decision by petition for certiorari. If the client requests, and you
believe a petition to be legally sound, you must file one with the clerk of the Supreme
Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Kyle Nayback
         Novaline D. Wilson

CMW/sds