```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF NEW MEXICO
3
4   UNITED STATES OF AMERICA
5   vs.                    No. 1:CV-18-03495-JCH
6   DOUGLAS D. SMITH
7
8
9                   TRANSCRIPT OF PROCEEDINGS
10                      TRIAL ON THE MERITS
11                        June 18, 2021
12                           Volume 5
13                       Pages 813 - 821
14
15  BEFORE:   HONORABLE JUDGE JUDITH HERRERA
               UNITED STATES DISTRICT JUDGE
16
17
18
19      Proceedings reported by stenotype.
20      Transcript produced by computer-aided
21  transcription.
22
23
24
25
```

```
 1  A P P E A R A N C E S:

 2  FOR THE PLAINTIFF:

 3          OFFICE OF THE U.S. ATTORNEY
            P.O. Box 607
 4          Albuquerque, New Mexico  87103
            505-346-7274
 5          BY:  NOVALENE D. WILSON
            novalene.wilson@usdoj.gov
 6               KYLE T. NAYBACK
            kyle.nayback@usdoj.gov
 7
    FOR THE DEFENDANT:
 8
            OFFICE OF THE FEDERAL PUBLIC DEFENDER
 9          111 Lomas, Northwest, Suite 501
            Albuquerque, New Mexico  87102
10          505-346-2489
            BY:  ARIC ELSENHEIMER
11          aric_elsenheimer@fd.org
                 AMANDA LAVIN
12          amand_lavin@fd.org

13

14                  I N D E X

15                                              PAGE:

16  Certificate of Reporter                      821

17

18

19

20

21

22

23

24

25
```

1           (Open court, outside the presence of the
2  jury.)
3           THE COURT:  Please be seated.  We are on
4  the record in USA versus Smith.  As you know, we
5  received a note from the jury that says, "We have a
6  verdict," and it is dated 6-18-2021 at 10:15 a.m.
7           Is everyone ready for the jury to come up?
8           MS. WILSON:  Yes, Your Honor.
9           Thank you.
10          MR. ELSENHEIMER:  Yes, Your Honor.
11          (A recess was taken.)
12          (Whereupon the following proceedings were
13 held in Open Court.)
14          (Whereupon the jury entered the
15 courtroom.)
16          THE COURT:  Please be seated. Good
17 morning ladies and gentlemen of the jury.  I have
18 received a note that says you have a verdict; is
19 that correct?
20          FOREPERSON:  Yes, Your Honor.
21          THE COURT:  All right.  So if you would
22 please hand the verdict envelope to the Court
23 Security Officer.
24          FOREPERSON:  (Complies.)
25          THE COURT:  All right.  So if you would,

1  Mr. Smith, Counsel, please stand.
2           The verdict form reads as follows:  We,
3  the jury, find the defendant, Douglas D. Smith, not
4  guilty of second-degree murder as charged in the
5  Indictment.
6           We, the jury, find the defendant, Douglas
7  D. Smith, guilty of involuntary manslaughter, a
8  lesser-included offense of the charge in the
9  Indictment.
10          Dated this 18th day of June 2021, and
11 signed by the foreperson.
12          Is there anything further before I dismiss
13 the jury?
14          MR. ELSENHEIMER:  May we poll the jury,
15 Your Honor?
16          THE COURT:  Yes.  You can be seated.
17          So the defendant has requested that I poll
18 the jury.  And so what this means is I am going to
19 ask each of you separately in open court if the
20 verdict that I read here in open court is your
21 verdict.
22          So I will start front row, far left.
23          Ms. Sanchez, is this verdict your verdict?
24          JUROR:  Yes.
25          THE COURT:  Mr. Stevenson?

```
1                JUROR:  Yes, Your Honor.
2                THE COURT:  All right.  Mr. McBrayer?
3                JUROR:  Yes, Your Honor.
4                THE COURT:  And then I will go to the next
5    row.
6                Mr. Mardo?
7                JUROR:  Yes, Your Honor.
8                THE COURT:  Ms. LeFrak?
9                JUROR:  Yes, Your Honor.
10               THE COURT:  Mr. Kistler?
11               JUROR:  Yes, Your Honor.
12               THE COURT:  Ms. Herson?
13               JUROR:  Yes, Your Honor.
14               THE COURT:  Ms. Foster?
15               JUROR:  Yes, Your Honor.
16               THE COURT:  And now coming to the front,
17   we will start on the right.
18               Ms. Romero?
19               JUROR:  Yes, Your Honor.
20               THE COURT:  Ms. Crandall?
21               JUROR:  Yes, Your Honor.
22               THE COURT:  Ms. Nixon?
23               JUROR:  Yes, Your Honor.
24               THE COURT:  Mr. Begay?
25               JUROR:  Yes, Your Honor.
```

1        THE COURT:  All right.  Thank you.
2        Is there anything further?
3        MR. ELSENHEIMER:  No, Your Honor.
4        Thank you.
5        THE COURT:  Anything from the Government?
6        MS. WILSON:  No, Your Honor.
7        Thank you.
8        THE COURT:  All right.  So ladies and
9   gentlemen of the jury, that concludes the work that
10  you have done on this case.
11       So I want to take a moment to thank you
12  for the job you did.  I think that it is, it was
13  very clear during the course of the trial that
14  you-all were attentive and you took your oath
15  seriously, and I just want to let you know that I
16  appreciate what you have done in service to the
17  judiciary.
18       I have told you repeatedly that you could
19  not discuss this case with anyone, so that no longer
20  applies.  So you can feel free to discuss it or not
21  discuss it as you wish.  And I do not know whether
22  the attorneys will contact any of you.
23       It is not uncommon for attorneys to
24  contact members of the jury after the trial is
25  concluded to learn about things that they did,

1  things that they could have done differently, things
2  of that nature.  Again, you don't have to talk to
3  them if you don't want to.  If you want to talk to
4  them, I am sure they would benefit from whatever
5  advice you might have for them.  I know sometimes
6  jurors are not shy about critiquing arguments made
7  or how an attorney presented a case, things like
8  that.
9           It is entirely up to you, but don't feel
10 like they are doing something wrong if they try to
11 contact you to ask questions about the case, that is
12 fine.  But, again, don't be shy about saying no, if
13 you would rather not.
14          The last thing I want to say is I would
15 enjoy visiting with you downstairs in the jury room
16 for just a moment if you have time.  It is not
17 required.  I always enjoy visiting with jurors after
18 the trial in a less formal setting.  I mean
19 oftentimes it is in the jury room, back in the
20 pre-pandemic days when we could get together in
21 closer spaces.  I would enjoy going downstairs and
22 visiting with you in the jury assembly room, if you
23 have time.  I know you have given a lot of your time
24 already.  If you are there, I will see you and if
25 you are not there, thank you again for your service

1  and you are now excused.  Your service is
2  discharged.
3           Please rise for the jury, and I will be
4  down to talk to whoever can remain in just a moment.
5           (Whereupon the jury exited the courtroom.)
6           THE COURT:  All right.  Anything further?
7           MS. WILSON:  No, Your Honor.
8           Thank you.
9           THE COURT:  All right.  Thank you.  We'll
10 be in recess.  I told you yesterday that you-all did
11 a good job, and I really meant it.  I felt like you
12 were efficient, you were cordial with one another,
13 things went smoothly, so I do appreciate that.
14          MR. ELSENHEIMER:  Certainly, Your Honor.
15          Thank you.  Have a nice weekend.
16          (Proceedings concluded at 11:04 a.m.)

```
1                    REPORTER'S CERTIFICATE
2           I certify that the foregoing is a correct
3   transcript from the record of proceedings in the
4   above-entitled matter.  I further certify that the
5   transcript fees and format comply with those
6   prescribed by the Court and the Judicial Conference
7   of the United States.
8   Date:  June 18, 2021
9
10
11                     _____
12                     PAUL BACA, RPR, CCR
                       Certified Court Reporter #112
13                     License Expires:  12-31-2023
```