

**United States District Court**
District of New Mexico
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

February 23, 2023

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: USA v. Smith – CR 18-3495 JCH; USCA 22-2142

Dear Mr. Wolpert,

    Enclosed please find the Record on Appeal in eight (8) Volumes which consists of the following.

| | |
|---|---|
| Volume I | Pleadings Non-Sealed |
| Volume II | Pleadings Sealed |
| Volume III | Pleadings Sealed |
| Volume IV | Pleadings Sealed |
| Volume V | Pleadings Sealed |
| Volume VI | Pleadings Sealed |
| Volume VII | Transcripts |
| Volume VIII | Transcripts Under 90-day Restriction |

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: Gene Rael