FILED
United States Court of Appeals
Tenth Circuit

March 9, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

DOUGLAS D. SMITH,

   Defendant - Appellant.

No. 22-2142
(D.C. No. 1:18-CR-03495-JCH-1)
(D. N.M.)

---

## ORDER

---

This matter is before the court on the parties' "Joint Response to Order Regarding Sealing of the Record," in which the parties state that Volumes 2 through 5 of the record on appeal can be unsealed except for pages 400-413 of Volume 2; and pages 22-42 and 85-125 of Volume 5. Upon careful consideration, the court directs as follows.

The Clerk's Office shall unseal Volumes 3 and 4 of the record on appeal. In addition, the Clerk's Office shall prepare and publicly file unsealed redacted versions of Volume 2 and Volume 5 that do not contain the aforementioned pages.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk