UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 29, 2024

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:** 22-2142, United States v. Smith
Dist/Ag docket: 1:18-CR-03495-JCH-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 7, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Aletheia V.P. Allen
      Donna M. Connolly
      Lindsay Kyle Cutler
      Aric Grant Elsenheimer
      Richard W. Hughes I
      David C. Mielke
      Carl Bryant Rogers
      Ellen L Venegas
      Tiffany L. Walters

CMW/sds