FILED
United States Court of Appeals
Tenth Circuit

May 7, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DOUGLAS D. SMITH,

    Defendant - Appellant.

-------------------------------------

STATE OF NEW MEXICO; PUEBLOS OF SANTA CLARA; ACOMA; COCHITI; ISLETA; LAGUNA AND ZIA ; AND THE ZUNI TRIBE; AND THE ALL PUBELO COUNCIL OF GOVERNORS,

    Amicus Curiae.

No. 22-2142
(D.C. No. 1:18-CR-03495-JCH-1)
(D. N.M.)

_____

## JUDGMENT

_____

Before **HARTZ**, **EBEL**, and **CARSON**, Circuit Judges.

_____

    This case originated in the District of New Mexico and was argued by counsel.

    The judgment of that court is affirmed.

    If defendant, Douglas D. Smith, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of New Mexico.  The District

Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                                    Entered for the Court

                                                    CHRISTOPHER M. WOLPERT, Clerk